IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04-1173 (PLF) |
| ) | |
| v. ) | |
| ) | |
| THE PALESTINIAN AUTHORITY et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS PALESTINIAN AUTHORITY AND PALESTINE LIBERATION ORGANIZATION

COMES NOW, the Plaintiffs, by and through counsel and hereby files this Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56 against defendants Palestinian Authority and Palestine Liberation Organization. Plaintiffs are entitled to judgment in their favor as there is no issue as to any material fact at issue in this matter and Plaintiffs are entitled to partial summary judgment as a matter of law. In support of said motion, Plaintiffs rely on the attached memorandum of law establishing that said defendants are not immune from suit under 28 U.S.C. § 1604 or 18 U.S.C. § 2337.

Dated: December 1, 2004                     Respectfully submitted,

                                            HEIDEMAN LEZELL NUDELMAN
                                              & KALIK, P.C.
                                            1146 19th Street, N.W., Fifth Floor
                                            Washington, DC  20036
                                            Telephone: 202-463-1818
                                            Telefax: 202-463-2999

                                            By: /s/ Richard D. Heideman
                                                Richard D. Heideman (No. 377462)
                                                Noel J. Nudelman (No. 449969)
                                                Tracy Reichman Kalik (No. 462055)

2

                                                          PERLES LAW FIRM, P.C  
                                                          Steven R. Perles (No. 326975)  
                                                          Edward MacAllister  
                                                          1615 New Hampshire Avenue, NW  
                                                          Suite 200  
                                                          Washington, DC  20009  
                                                          Telephone: 202-745-1300  
                                                          Telefax:    202-365-4815

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2004, a copy of the foregoing was served via the United States District Court for the District of Columbia's ECF system:

>Maher Hanania
>6066 Leesburg Pike, Suite 101
>Falls Church, VA 22041
>Telephone: (703) 778-2400
>Telefax: (703) 778-2407

and mailed, postage prepaid, to:

>Ramsey Clark, Esq.
>Lawrence W. Schilling, Esq.
>36 East 12th Street
>New York, NY 10023

>Counsel for the Defendants

>_Tracy Reichman Kalik_
>Tracy Reichman Kalik