IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE PALESTINIAN AUTHORITY et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 04-1173 (PLF) |

**ORDER**

Upon the motion of the Plaintiffs, it appearing that Plaintiffs are entitled to partial judgment in their favor as there is no genuine issue as to the applicable law governing the material facts at issue in this matter and the Court finding and determining that Plaintiffs are entitled to partial summary judgment as a matter of law, it is on this the _____ day of _____, 2004,

**ORDERED** that the Court finds and determines that the defendants the Palestinian Authority ("PA") and the Palestinian Liberation Organization (a.k.a. "PLO") are not foreign sovereigns, as the term is defined and approved under applicable United States law, and further that said Defendants are not entitled to immunity protection from the present suit pursuant to 28 U.S.C. § 1604 or 18 U.S.C. § 2337; and, therefore this Court finds and determines this Court has jurisdiction over this matter and these Defendants.

**IT IS FURTHER ORDERED** that this Court's Order of 16 November 2004 staying all discovery is hereby vacated and the parties may proceed with the propounding and taking of discovery.

The parties are hereby further **ORDERED** to meet and confer and within ten (10) days of the entry of this Order and to submit, within said ten (10) day period, to the Court a joint discovery and case management plan detailing the anticipated discovery that will be taken in this matter, and the case management schedule to which the parties agree in order to facilitate the efficient administration of justice in this matter.

**IT IS SO ORDERED.**

_____
Hon. Paul L. Friedman
United States District Judge

Copies to:

Counsel of Record