UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PALESTINIAN AUTHORITY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-1173 (PLF) |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's motion for partial summary judgment [17] is GRANTED; it is

FURTHER ORDERED that defendants' motion to dismiss the complaint [36] is DENIED; it is

FURTHER ORDERED that defendants' motion for the abatement of proceedings [47] is DENIED; and it is

FURTHER ORDERED that defendants shall have sixty (60) days from the date of this Order to raise additional jurisdictional defenses by motion; plaintiffs shall file any response

thirty (30) days thereafter; and defendants shall file any reply twenty (20) days after plaintiffs file their response.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 30, 2006