UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ESTATE OF ESTHER KLIEMAN, et al.,   )
                                    )
         Plaintiffs,                )
                                    )
     v.                             )   Civil Action No. 04-1173 (PLF)
                                    )
PALESTINIAN AUTHORITY, et al.,      )
                                    )
         Defendants.                )
_____ )

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that plaintiffs have 30 days from the date of this Order to serve process upon the defendants.  If service is not effected, this action will be dismissed.

SO ORDERED.

               __/s/_____
               PAUL L. FRIEDMAN
               United States District Judge

DATE:  December 29, 2006