UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ESTATE OF ESTHER KLIEMAN, et al.,   )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 04-1173 (PLF)
                                    )
PALESTINIAN AUTHORITY, et al.,      )
                                    )
        Defendants.                 )
_____)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [71] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that defendants Al Aqsa Martyrs Brigade; Fatah; Tanzim; Force 17; Yasser Arafat, now deceased; Marwan Barghouti; Tamer Rassam Salim Rimawi; Hussam Abdul-Kader Ahmad Halabi, also known as Abu Arav; Ahmed Hamad Rushdie Hadib, also known as Ahmed Barghouti; and Annan Aziz Salim Hashash are DISMISSED WITHOUT PREJUDICE from this case for lack of personal jurisdiction.

SO ORDERED.

                              _____/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: April 18, 2008