## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Esther Klieman, *et al.*,     ) <br>     ) <br>          Plaintiffs,  ) <br> v.     ) <br>     ) <br> The Palestinian Authority, *et al.*,  ) <br>     ) <br>         Defendants.  ) <br>     ) | Civil Action No. 04-1173 (PLF) (JMF) |

## PLAINTIFFS' NOTICE OF MAILING
## ISSUED LETTERS OF REQUEST

PLEASE TAKE NOTICE that on this the 25th day of March 2011,

pursuant to the instructions of the United States District Court for the District of

Columbia the original issued Letters of Request, true and accurate copies of which are

attached hereto as Exhibits 1-4, were served by Plaintiffs' counsel via DHL on:

The Director of Courts
Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
POB 34142
Jerusalem 95464
Israel


      Dated: March 25, 2011

                                 */s/ Matthew S. Apfel*
                                 Richard D. Heideman (No. 377462)
                                 Noel J. Nudelman (No. 449969)
                                 Tracy Reichman Kalik (No. 462055)
                                 Matthew S. Apfel (No. 989610)
                                 HEIDEMAN NUDELMAN & KALIK, P.C.
                                 1146 19th Street, N.W.
                                 Fifth Floor

Washington, DC 20036
Telephone: 202-463-1818
Telefax: 202-463-2999

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
PERLES LAW FIRM, P.C
1146 19th Street, N.W.
Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-955-3806
*Counsel to the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of March 2011 a true and accurate copy of the foregoing Plaintiffs' Notice of Mailing Issued Letters of Request was served via ECF and United States mail on the following counsel of record for the Defendants:

Chas McAleer
Mark Rochon
Richard Hibey
Timothy O'Toole
Lamia Matta
MILLER & CHEVALIER CHTD.
655 15th St., N.W., Suite 900
Washington D.C.  20005-6701

_/s/ Matthew S. Apfel_____
Matthew S. Apfel