# EXHIBIT 2

AO 393
(Rev. 5/81)

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

**ILLE**

2. has been
   signed by Magistrate Judge Facciola

3. acting in
   the capacity of District Court Judge

Apostilles

4. bears the seal/stamp of U.S. District Court for the
   District of Columbia

official who signed the

document

CERTIFIED

ppropriate, the identify

of the seal

5. at Washington , D.C...... 6. this 23rd day March 2011

does not imply that the

7. by Peggy Trainum, Deputy Clerk

contents o

8. No. 56

approval of the United

States Cou

9. Seal/Stamp     10.     Signature:

*Peggy Trainum*

Clerk, United States District Court

The United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
United States of America

To:

The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
POB 34142
Jerusalem 95464
Israel

In conformity with Article 3 of the Convention, the undersigned applicant has the

honor to submit the following request:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 04-1173 (PLF)(JMF) |
| | ) | |
| v. | ) | |
| | ) | |
| THE PALESTINIAN AUTHORITY et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

From:

United States Magistrate Judge John M. Facciola
The United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
United States of America

To:

The Directorate of Courts
Legal Assistance to Foreign Countries
22 Kanfei Nesharim
POB 34142
Jerusalem 95464
Israel

In conformity with Article 3 of the Convention, the undersigned applicant has the

honor to submit the following request:

)

The United States District Court for the District of Columbia presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above-captioned matter.

Plaintiffs in the above-captioned matter are the Estate of Esther Klieman by and through its Administrator, Aaron Kesner of 4840 W. Foster, Skokie, IL 60077 USA, Nachman Klieman of Halamish 359, D.N. Modi'in 71945, Israel, Ruanne Klieman of Halamish 359, D.N. Modi'in 71945, Israel, Dov Klieman of Kiryat Netafim, D.N. Ephraim 44815, Israel, Yosef Klieman of Nahaliel 101A, D.N. Modiin 71938 Israel, and the Estate of Gavriel Klieman by and through its Administrator, Nachman Klieman of Halamish 359, D.N. Modi'in 71945, Israel. Plaintiffs are represented by attorneys Richard D. Heideman, Noel J. Nudelman and Tracy Reichman Kalik of Heideman Nudelman & Kalik, P.C.,1146 19th Street, N.W., 5th Floor, Washington, D.C. 20036, USA and Steven R. Perles and Edward MacAllister of The Perles Law Firm, P.C, 1146 19th Street, N.W., 5th Floor, Washington, D.C. 20036, USA. Plaintiffs' Israeli counsel is Michael Deborin, Esq, of Bam, Deborin, Cohen & Co., Hillel Street 6, Jerusalem, Israel.Defendants are the Palestinian Authority of The Muquata'a, Ramallah, West Bank, and the Palestine Liberation Organization of The Muquata'a, West Bank. Defendants are represented by Richard Hibey, Mark Rochon and Chas McAleer, Miller & Chevalier Chartered, 655 Fifteenth St., N.W., Suite 900, Washington, D.C. 20005, USA.

The above-captioned matter is a civil suit brought by plaintiffs pursuant to US Federal counterterrorism statutes, Antiterrorism Act of 1991, 18 U.S.C. §§2331 *et seq.*, and supplemental causes of action by the Estate, survivors and heirs of Esther Klieman

2

who the plaintiffs allege was murdered by the terrorist acts of the defendants by machine-gun fire on March 24, 2002 near Neve Tzuf, Israel, for damages directly and proximately caused by the defendants to plaintiffs, and each of them, by reason of acts of unlawful international terrorism, as defined in 18 U.S.C. §2331, and by reason of related unlawful tortuous behavior and conduct. Defendants deny that they are liable to Plaintiffs for the injuries they have alleged.

The assistance requested of the State of Israel consists of the following:

1.     To obtain from the Intelligence and Terrorism Information Center ("ITIC") – a division of the Israel Intelligence Heritage & Commemoration Center ("IICC")— (on DVD, CD or other appropriate medium) full and authentic copies of the documents which correspond to the following Bates-numbered documents which are attached hereto as Exhibit 1 thru Exhibit 8:

      a.   Exhibit 1- Klieman 01315

      b.   Exhibit 2- Klieman 01313- Klieman 01314

      c.   Exhibit 3- Klieman 01316

      d.   Exhibit 4- Klieman 01319

      e.   Exhibit 5- Klieman 01317

      f.   Exhibit 6- Klieman 01318

      g.   Exhibit 7- Klieman 01320

      h.   Exhibit 8- Klieman 02912

2.      To permit and cause an officer or other official of the ITIC and/or IICC

with the requisite knowledge to appear at a place convenient to such person to be deposed

by counsel for the Plaintiffs and Defendants about the following matters:

> a. Whether the copies produced pursuant to Request # 1 above are full
>    and authentic copies of said documents stored by the ITIC and/or
>    IICC;
>
> b. The source and manner in which documents, including but not limited
>    to, the documents referred to in Request #1 are were gathered,
>    collected, generated and received by the ITIC and/or IICC;
>
> c. Whether the documents requested in Request # 1 were kept by the
>    ITIC and/or IICC in the course of the ITIC and/or IICC's regularly
>    conducted business;
>
> d. Whether at the time that the documents referred to in Request # 1 were
>    first obtained by the ITIC and/or IICC, it was the regular practice of
>    the ITIC and/or IICC to store documents such as those referred to in
>    Request # 1;
>
> e. Whether at the time that the documents referred to in Request # 1 were
>    stored by the ITIC and/or IICC the ITIC and/or IICC had and/or has a
>    system for storing documents such as those referred to in Request # 1,
>    and whether such system includes recording the date and origin or
>    other identifying information of such document.

This Court respectfully requests the assistance described above as necessary in the

interests of justice.

Case 1:04-cv-01173-PLF-JMF   Document 128-2   Filed 03/25/11   Page 7 of 24

Case 1:04-cv-01173-PLF -JMF   Document 126-2   Filed 03/18/11   Page 6 of 23
Case 1:04-cv-01173-PLF -JMF   Document 120-2   Filed 02/04/11   Page 6 of 23

This Court respectfully requests that the copies requested in Request # 1 above, be produced at the office of the Directorate of Courts at 22 Kanfei Nesharim Street, Jerusalem, Israel, where they will be collected for delivery to the parties by attorney Michael Deborin, Esq. Plaintiffs and/or their counsel, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing this request. Notice that this request has been executed and that the above-referenced individual(s) will be available for deposition may be sent to Richard D. Heideman, Heideman Nudelman & Kalik, P.C., 1146 19th Street, N.W., Fifth Floor, Washington, DC 20036, USA Telephone (202) 463-1818, Telefax (202) 463-2999, Email rdheideman@hnklaw.com.

The Court expresses its appreciation of the Directorate of Courts in the State of Israel for its courtesy and assistance in this matter and states that it shall be ready and willing to assist the courts of Israel in a similar manner when required.

DATED this ___ day of ____, 2011.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

5

# EXHIBIT 1

PALESTINE LIBERATION ORGANIZATION
Palestine National Authority
Office of the President



منظمــة التحريــر الفلسطينيــة
السلطة الوطنية الفلسطينية
مكتب الرئيس

تاريخ:
تسلسل:

السيد الرئيس المجاهد –
اطيب ابو عمار حمكم الله ورعاه –
تحية الصمود والرثبات –
برجاء سد قاعكم الكريم لصرف مبلغ مالية بقيمة (٥٠٠٠٠) $

برأيي طيب
١) راشد الكرمي .
٢) زياد محمد دعاس ،
٣) محمد مقدادله ،

Klieman 01315

# EXHIBIT 2

بسم الله الرحمن الرحيم

الأخ لبنانى الاحترام حفظه الله .
تحية وبعد ....
الموضوع : مساعدات مالية عاجلة

١ ـ
٢ ـ
٣ ـ
٤ ـ
٥ ـ
٦ ـ
٧ ـ
٨ ـ
٩ ـ
١٠ ـ
١١ ـ
١٢ ـ

مع الاحترام .

Kileman 01313

Klieman 01314

# EXHIBIT 3

دولة فلسطين

اللجنة الحركية العليا

إقليم طولكرم

حركة التحرير الوطني الفلسطيني

فـــــتـــــح

الرقم :

التاريخ :

الأخ الرئيس أبو عمار حفظه الله

يرجو الكرم بصرف مبلغ (٦٠٠) دولار لكل من الأخوة
المناضلين التالية أسماؤهم والمرفق بياناتهم

١ ـ هاشم جمال عمر ناجي
٢ ـ محمد نمر سعد
٣ ـ كاظم الجديد
٤ ـ نضال يحيى
٥ ـ فلاح الرشق
٦ ـ عبد المجيد ...
٧ ـ يوسف طالب
٨ ـ ناجي حسن حميسي
٩ ـ موفق عبد الله أسعد
١٠ ـ بلال أبو ...
١١ ـ حاتم جميل ...
١٢ ـ حسام عبد الكريم
١٣ ـ بلال الرفاعي
١٤ ـ عصام شلاعطة
١٥ ـ غوا ...

المكتب المركزي - طولكرم - تلفاكس - ٢٦٧٥٣...

# EXHIBIT 4

بسم الله الرحمن الرحيم

حركة التحرير الوطني
الفلسطيني
فتـــــح

كتائب شهداء الأقصى

سيادة الأخ القائد أبو عمار رئيس دولة فلسطين    حفظه الله ورعاه

برئاسة الأخ المناضل نبيل عمرو وزير الشؤون البرلمانية – حفظه الله

الموضوع :

طلب مساعدة مالية

ان الإخـــوة التالية اسمائهم من ابناء الحركة المناضلين يتقدمون دوماً خلال هذه الأحداث حيث ان

البعض منهم مطلوبين والبعض الآخر داخل سجون الأحتلال وهم:

1. عائلة المعتقل نبيل حماد مصطفى النبراوي
2. عائلة المعتقل ناصر حسين عوض أبو قتيطة
3. محمد محمود علي الدجاجرة
4. جمال اسماعيل مصطفى قيسية
5. جبر ل جبريل خليل حوشية
6. بكر خليل شحادة النجار

وتفضلوا بقبول فائق الأحترام



باسمكم كتائب شهداء الأقصى
محافظة الجنوب

Klieman 01319

# EXHIBIT 5



بـــم الله الرحمن الرحيـم



كتائب شهداء الأقصى

حركة التحرير الوطني
الفلسطيني
فـــــتح

الأخ المناضل مروان البرغوثي أمين سر حركة فتح
تحية الوطن وبعد

إننا في كتائب شهداء الأقصى منطقة الجنوب نرجو من حضرتكم التعاون مع الأخ حامل هذا الكتاب حيث أننا قد كلفناه بفتح قناة اتصال بيننا وبينكم لمعالجة بعض الإشكاليات التي تطرأ على ساحة عملنا النضالي في هذه المرحلة من مراحل نضالنا الوطني .

ومعا وسويا على طريق الدولة المستقلة وعاصمتها القدس الشريف

كتائب شهداء الأقصى منطقة الجنوب





Klieman 01317

# EXHIBIT 6



Klieman 01318

# EXHIBIT 7



# EXHIBIT 8

19

688/0018

## Document 6

1.  **A computer apparently belonging to the GIA** was captured during the IDF takeover of the Arafat compound in Ramallah (the *Mukata*). **The computer includes a file with the title "Men who should be warned when there are aircraft (in the air)".** The file contains a list of names with their telephone numbers. The list includes **Marwan Al-Barghouti** (Head of the "Fatah"/"Tanzim" in the West Bank who directs the Fatah/Tanzim terrorist infrastructures) and **Tafer Al Rimawi** ("Fatah" operational activist in the Ramallah area who is involved in shooting attacks including one attack near Neve Tsuf).

الأخوة الذين يجب تحذيرهم في حال وجود طيران

| موبس | جوال | رقم هاتف ثاني | رقم هاتف اول | الأسم |
|---|---|---|---|---|
| 8247 | 059732758 | 2951432 | 2987947 | مكتب صخر حبش |
| | | 2954950 | 2954949 | العليا |
| | 059205211 | | 2963131 | مروان البرغوثي |
| | 059205210 | | - | لحمد الديك |
| | 059219241 | | 2407690 | مرجعية فتح/ابولطفي |
| | 059839602 | | | جراد ابو شوش |
| | 059338899 | | | حسين الشيخ |
| | 059877640 | | | ظافر الرماوي |

The underlined lines:

"People to be warned when there are aircraft (in the air)."

In the list appear Marwan al Barghouti and Tafer al Rimawi.

Klieman 02912