### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Estate of Esther Klieman, *et al.*, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 04-1173 (PLF) (JMF) |
|  | ) | |
| The Palestinian Authority, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

### PLAINTIFFS' OBJECTION AND MOTION TO RECONSIDERATION AND REVIEW MAGISTRATE JUDGE'S ORDER OF SEPTEMBER 5, 2013 [DE 208] PURSUANT TO FED. R. CIV. P. 72(a)

COME NOW the Plaintiffs, by and through counsel and pursuant Fed. R. of Civ P. 72(a) hereby moves that this Court modify and set aside the Magistrate Judge's Memorandum Opinion and Order finding that the Defendants' nondisclosure of certain the Rule 30(b)(6) discovery "substantially justified" and ordered reimbursement by Plaintiffs of the expenses incurred by the Defendants in seeking a Protective Order against Plaintiffs' Deposition Notice seeking a Fed. R. Civ. P. 30(b)(6) deposition of the PA.  As set for the in the attached Memorandum in support, the Magistrate Judge's Opinion and Order should be set aside as it is erroneous and contrary to law.

WHEREFORE, for the reasons set forth in the Memorandum in support of this Motion, Plaintiffs request that the Court enter the attached Tendered Order setting aside the September 5, 2013 [D.E. 208] Order of the Magistrate Judge.

Dated:  September 19, 2013	Respectfully submitted,

*/s/Richard D. Heideman*
*/s/ Tracy Reichman Kalik*
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19" Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax: 202-463-2999

PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
Telephone: 202-955-9055
Telefax: 202-955-3806
*Counsel to the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, September 19, 2013, a copy of the foregoing **Plaintiffs' Objection and Motion for Review and Reconsideration of Magistrates' Order [DE 208] Pursuant to FED. R. CIV. P. 72(a)**, and **Memorandum in Support** thereof along with all exhibits and attachments thereto, were served on the following counsel:

    Chas McAleer, Esq.
    Mark J. Rochon, Esq.
    Richard A. Hibey, Esq.
    Timothy O' Toole, Esq.
    Lamia R. Matta, Esq.
    MILLER & CHEVALIER CHTD
    655 Fifteenth St. N.W.
    Suite 900
    Washington, D.C.  20005

*Counsel for Defendants*

                                                          */s/ Richard D. Heideman*_____