IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ESTHER KLIEMAN,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**THE PALESTINIAN AUTHORITY,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Case No. 1:04-cv-01173-PLF-JMF |

## NOTICE OF APPEAL

Notice is hereby given this 17th day of October, 2013, that non-Party news organization the British Broadcasting Corporation ("the BBC") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Opinion & Order of this Court entered September 19, 2013 (DE's 210 and 211).

Respectfully Submitted,

HOLLAND & KNIGHT LLP

 /s/
Charles D. Tobin (Bar No. 455593)
Drew E. Shenkman (Bar No. 989900)
800 17th Street NW, Ste 1100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
Charles.tobin@hklaw.com
Drew.shenkman@hklaw.com
*Counsel for Non-Party*
*British Broadcasting Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2013, a true and correct copy of the foregoing was served via this Court's electronic filing system:

| | | |
|---|---|---|
| Richard D. Heideman, Esq. | PERLES LAW FIRM, P.C | Chas McAleer, Esq. |
| Noel J. Nudehnan, Esq. | Steven R. Perles | Mark J. Rochon, Esq. |
| Tracy Reichman Kalik ,Esq. | Edward MacAllister | Richard A. Hibey, Esq. |
| Matthew S. Apfel, Esq. | 1146 19th Street, N.W. | Timothy O' Toole, Esq. |
| HEIDEMAN NUDELMAN & | Fifth Floor | Lamia R. Matta, Esq. |
| KALIK, P.C. | Washington, DC 20036 | MILLER & CEVALIER CHTD |
| 1146 19th Street, N.W. | | 655 15th Street, N.W. |
| Fifth Floor | | Suite 900 |
| Washington, DC 20036 | | Washington, D.C. 20005 |

                                                   __/s/_____
                                                   Charles D. Tobin
                                                   Drew E. Shenkman