UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Estate of Esther Klieman, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-1173 (PLF) (JMF) |
| The Palestinian Authority, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFF'S FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY**

COME NOW the Plaintiffs, by and through counsel, and hereby file this Response to Defendants' Response to Plaintiffs' Fifth Notice of Supplemental Authority [D.E. 275].

On December 2, 2014, Plaintiffs' filed Plaintiffs Fifth Notice of Supplemental Authority [D.E. 273], advising the Court of the December 1, 2014 *Sokolow* decision on the identical issue which is now before this Court, i.e. whether the court could assert personal jurisdiction over Defendants, post-Daimler, *Sokolow, et al. v. Palestinian Liberation Organization, et al.* (1:04-cv-00397-GBD-RLE)(S.D.N.Y)[*Sokolow* D.E. 657].

In response, on December 5, 2014, the Defendants argued that the *Sokolow* district court decision was wrong as a matter of law and advised this Court that the Defendants had filed a petition for mandamus with the Second Circuit seeking immediate review of the district court decision. Defendants attached a copy of their petition for mandamus to their Response.

On January 6, 2015 the Second Circuit denied the Defendants' petition for mandamus. A copy of the Second Circuit order is attached hereto as Exhibit A.

Accordingly, for the reasons set forth by Judge Daniels in *Sokolow* and for the reasons forth in Plaintiffs' Opposition to Defendants' Motion for Reconsideration of the Court's

1

December 29, 2006 and April 24, 2008 Interlocutory Orders on Personal Jurisdiction, Supplemental Memorandums and the oral argument held before this Court, Plaintiffs request this Court deny Defendants' Motion for Reconsideration.

Dated: January 7, 2015                    Respectfully submitted,

                                                                           /s/Richard D. Heideman_____
                                                                           /s/ Tracy Reichman Kalik_____
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)
HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax: 202-463-2999

*Counsel to the Plaintiffs*