IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04-1173 (PLF) |
| ) | |
| v. ) | |
| ) | |
| THE PALESTINIAN AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JURISDICTIONAL DISCOVERY

THIS MATTER having come before the Court pursuant to the Court's December 2, 2020 Order (D.E. 298) permitting jurisdictional discovery pursuant to the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA), Pub. L. No. 116-94, div. J, tit. IX, § 903, 133 Stat. 3082-3085, and the Parties' Joint Status Report dated December 18, 2020 (D.E. 299), and pursuant to the Court's Minute Order of December 18, 2020, and the Court having been otherwise duly advised,

IT IS HEREBY ORDERED that:

1. The Plaintiffs will issue their initial written discovery to the Defendants within 21 days of the Court's entry of this Order.

2. Defendants will provide written responses within 30 days thereafter, subject to the following: (a) Defendants reserve all objections to Plaintiffs' specific written discovery requests; and (b) Defendants may require additional time beyond 30 days to respond to Plaintiffs' written discovery requests, particularly in light of the COVID-19 health crisis, and thus reserve the right to seek reasonable extensions of time to respond.

3. Plaintiffs and Defendants reserve their respective positions as stated in their Joint Status Report (D.E. 299) with respect to (a) additional written discovery requests by Plaintiffs, beyond those stated in paragraph 1 hereof, (b) depositions, and (c) reciprocal jurisdictional discovery by Defendants. Nothing in this Order shall be deemed to deny any party their rights to object to specific discovery, but instead expressly confirms the parties' reservation of all of their rights to object.

4. The parties shall have the later of until September 30, 2021 or nine months from the entry of this Order to complete jurisdictional discovery to the extent allowed by the Court's December 2, 2020 Order, and as set forth above. However, the Court recognizes that additional time may be needed to conduct the discovery due to the potential need to obtain information from third parties and out of country sources and in recognition of the continuing delays arising from the COVID-19 health crisis and potential Hague Convention requests, and therefore, the parties may come back to the Court and request additional time to complete the jurisdictional discovery.

5. The parties will update the Court 90 days after the entry of this Order on the progress of the jurisdictional discovery, and every 90 days thereafter.

SO ORDERED:

December ___, 2020

_____
Hon. Judge Paul Friedman
United States District Judge
District of Columbia