IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF ESTHER KLIEMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:04-cv-01173-PLF |
| ) | |
| PALESTINIAN AUTHORITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO WITHDRAW APPEARANCES AS COUNSEL

Mark J. Rochon, Laura G. Ferguson, and Timothy P. O'Toole of Miller & Chevalier Chartered hereby move, pursuant to Local Civil Rule 83.6(c), to withdraw their appearances in this case as attorneys for the Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO"), as well as the appearances of former Miller & Chevalier attorneys Richard A. Hibey, Charles F.B. McAleer, Jr., and Lamia R. Matta.

1. The PA and PLO retained Miller & Chevalier to represent them in this litigation in 2007. The following Miller & Chevalier attorneys entered their appearances: Richard A. Hibey (ECF No. 73), Mark J. Rochon (ECF No. 74), Timothy P. O'Toole (ECF No. 104), Charles F.B. McAleer, Jr. (ECF No. 86), Lamia R. Matta (ECF No. 106), and Laura G. Ferguson (ECF No. 254).

2. In late February and early March of 2015, the PA and PLO retained new counsel at Squire Patton Boggs (U.S.) LLP, who entered their appearances on behalf of the PA and PLO: John A. Burlingame (ECF No. 281), Mitchell R. Berger (ECF No. 287), and Alexandra E. Chopin (ECF No. 288). Miller & Chevalier ceased representing the PA and PLO at that time.

2

3. On March 3, 2015, the Court dismissed the PA and PLO from the case for lack of personal jurisdiction.  ECF Nos. 283 and 284.  The docket for this case stated that the case was terminated on March 4, 2015.  Given that the litigation before this Court had ended, the Miller & Chevalier attorneys did not take steps in March 2015 to officially withdraw their appearances.

4. Following a prolonged appeal and the enactment of legislation addressing personal jurisdiction over the PA and PLO, "[o]n August 18, 2020, the United States Court of Appeals for the District of Columbia Circuit remanded this case to this Court for further proceedings in light of the passage of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA"), H.R. 1865, 116th Cong., § 903 (Dec. 20, 2019)."  ECF No. 298 at 1.  On December 2, 2020, the Court entered an order allowing the Plaintiffs to engage in limited jurisdictional discovery.  ECF No. 298.

5. Given that the case is now active before this Court, the undersigned seeks to formally withdraw their appearances and those of former Miller & Chevalier attorneys Richard A. Hibey, Charles F.B. McAleer, Jr., and Lamia R. Matta.  Mr. Hibey is retired from the active practice of law, Mr. McAleer has joined another firm, and Ms. Matta is working as an in-house counsel.

6. Counsel for Plaintiffs and Defendants have consented to the relief sought in this motion.  Moreover, the PA and PLO are not prejudiced by the withdrawal of the Miller & Chevalier attorneys because the Defendants have been represented by attorneys from Squire Patton Boggs (U.S.) LLP since 2015.

March 10, 2021                                Respectfully submitted,

                                                        */s/ Laura G. Ferguson*
Laura G. Ferguson (#433648)
Timothy P. O'Toole (#469800)
Mark J. Rochon (#376042)
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Black Lives Matter Plaza
Washington D.C. 20006
Tel.:  (202) 626-5800
Fax.:  (202) 626-5801
Email:  lferguson@milchev.com
Email:  totoole@milchev.com
Email:  mrochon@milchev.com

*Former Attorneys for Defendants the Palestinian Authority and Palestine Liberation Organization*