IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1173 (PLF) |
| v. | ) ) | |
| THE PALESTINIAN AUTHORITY, et al., | ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

COME NOW the Parties, by and through counsel, and in accordance with the Court's December 2, 2020 Order (D.E. 298) permitting jurisdictional discovery pursuant to the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA), Pub. L. No. 116-94, div. J, tit. IX, § 903, 133 Stat. 3082-3085, and the Court's January 4, 2021 Order (D.E. 301) on jurisdictional discovery ordering the parties to, *inter alia*, update the Court on or before April 5, 2021 on the progress of the jurisdictional discovery by filing a joint status report, hereby respectfully file this Joint Status Report.

1. Pursuant to the Court's January 4, 2021 Order (D.E. 301), on January 25, 2021, the Plaintiffs served on the Defendants:

    a. Plaintiffs' First Set of Request for Production of Documents Regarding Jurisdictional Discovery;

    b. Plaintiffs' First Set of Interrogatories Regarding Jurisdictional Discovery; and

    c. Plaintiffs' First Set of Requests for Admissions Regarding Jurisdictional Discovery.

2. On February 24, 2021, the Defendants served on Plaintiffs their objections and responses to the aforementioned written discovery.

3. On March 5, 2021, the Defendants served on Plaintiffs six pages of partially redacted documents in response to Plaintiffs' discovery requests.

4. On April 1, 2021, Plaintiffs wrote to Defendants as part of their obligation to meet and confer concerning the objections they raised to Plaintiffs' written discovery in an effort to reach an agreement that would narrow the scope of Defendants' objections and permit Defendants to provide additional responsive information without the Plaintiffs seeking the Court's intervention to compel Defendants' responses.

5. On April 5, 2021, Defendants responded to Plaintiffs' April 1, 2021 letter, explaining Defendants' position that no further jurisdictional discovery is necessary to provide the factual basis for the Court to adjudicate the legal question whether the PSJVTA can apply to provide jurisdiction over Defendants in this action.

6. The parties anticipate meeting and conferring over the coming weeks in an effort to narrow their differences.

7. As set forth in the parties' Joint Status Report (D.E. 299), Plaintiffs reserve the right to take additional discovery such as depositions to obtain additional information from the Defendants regarding their payments to (a) prisoners and other individuals and (b) the Defendants' activities in the United States after January 4, 2020.

8. Defendants dispute Plaintiffs' purported "right" to take further jurisdictional discovery. Defendants reserve all objections to any additional jurisdictional discovery Plaintiffs may seek, including, but not limited to, on the basis that the documents and information Defendants have already produced to Plaintiffs, and/or that are otherwise already in Plaintiffs'

possession, are sufficient to provide the "narrowly tailored" jurisdictional discovery allowed by the Court's December 2 Order (D.E. 298), and therefore further discovery would be cumulative and would not be "proportional to the needs of the case" as required by Fed. R. Civ. Pro. 26(b)(1).

9. The parties agree to further update the Court in another 60 days on the progress of the foregoing jurisdictional discovery, in compliance with the Court's order.

                                                Respectfully Submitted,

April 5, 2021                        HEIDEMAN NUDELMAN & KALIK P.C.
                                                5335 Wisconsin Avenue, Suite 440
                                                Washington, DC  20015
                                                Telephone:  202-463-1818
                                                Telefax:  202-463-2999
                                                Email:  rdheideman@hlnklaw.com

                                                By:_/s/ Tracy Reichman Kalik_____
                                                      Richard D. Heideman (No. 377462)
                                                      Noel J. Nudelman (No. 449969)
                                                      Tracy Reichman Kalik (No. 462055)

                                                PERLES LAW FIRM, P.C.
                                                Steven R. Perles
                                                Edward B. MacAllister
                                                1050 Connecticut Ave., N.W.
                                                Suite 500
                                                Washington, D.C. 20036
                                                (202) 955-9055


                                                Counsel for Plaintiffs

**SQUIRE PATTON BOGGS (US) LLP**

<u>/s/ *Gassan A. Baloul*</u>
Gassan A. Baloul
gassan.baloul@squirepb.com
Mitchell R. Berger
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*