# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ESTATE OF ESTHER KLIEMAN, *et al.*

Plaintiffs,

v.

PALESTINIAN AUTHORITY, *et al.*,

Defendants.

Civil Action No. 04-1173 (PLF)

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
AND ELECTRONICALLY STORED INFORMATION
REGARDING JURISCTIONAL DISCOVERY**

**PLEASE TAKE NOTICE**, that, pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs hereby serve this First Set of Requests for Production of Documents and Electronically Stored Information Regarding Jurisdictional Discovery on Defendants. Defendants are requested to respond to the following requests for production of documents within thirty (30) days of service of this Request, in accordance with Federal Rule of Civil Procedure 34(a)(2). Please produce the documents and information to Heideman Nudelman & Kalik, PC, 5335 Wisconsin Ave., N.W., Suite 440, Washington, DC  20015.

**DEFINITIONS**

1.      "Concerning" means relating to, referring to, describing, evidencing or constituting.

2.      "Defendant," "you," and "your" means the Palestinian Authority or the Palestine Liberation Organization, and includes, but is not limited to, any administration, agency, association, authority, bank, bureau, business, center, commission, company, corporation, council, department, directorate, division, entity, establishment, financial institution, foundation, institute, institution, instrumentality, ministry, mission, organization, office,

1

organ, partnership or unit of or controlled by or owned, in whole or in part, by or under common control with the Palestinian Authority or the Palestine Liberation Organization; anyone acting in concert with, or on behalf of, or at the direction of, any Defendant; and any predecessor or successor in interest, agent, representative, employee, consultant, attorney, or entity acting in conjunction with or under the control of any of the foregoing. Without limiting the generality of the foregoing, this defined term includes the following, whose Arabic names may be translated into English as: the Commission for Prisoners and Ex-Prisoners, Ministry of Detainees and Ex-Detainees, Department of Diplomacy and Public Affairs, General Department of Prisoners and Ex-Prisoners, General Department of the Police, General Intelligence Service, Institution for the Care of the Injured and the Martyrs' Families, Ministry of Education, Ministry of Finance, Ministry of Foreign Affairs, Ministry of the Interior and National Security, Ministry of Social Affairs, Ministry of Prisoners Affairs, Ministry for Prisoners and Ex-Prisoners, Mission to the United Nations, National Security Organization and Administration Institution, Palestine National Fund, Palestinian Authority Martyrs Fund, Palestinian Martyrs' Families Foundation, Preventative Security Service, Public Security Administration, Public Security Organization and Administration Institution, Security Forces Organization and Administration Institution, and any predecessor or successor to any of the foregoing.

3.      "Designee" means any person to whom any money or any other tangible benefit is or was transferred or provided, directly or indirectly, on behalf of a Prisoner or Martyr.

4.      "Document" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). The term includes email messages, text or SMS messages on any platform, direct messages on social

media platforms including Twitter, Facebook, and Instagram and voicemail messages or other sound recordings. A draft or non-identical copy is a separate document within the meaning of this term.

5. "Foreign Terrorist Organization" means any organization designated by the United States of America under United States law as a foreign terrorist organization including but not limited to Abu Nidal Organization, Al-Aqsa Martyrs Brigades, HAMAS, Palestine Islamic Jihad, Palestine Liberation Front, the Popular Front for the Liberation of Palestine, and Popular Front for the Liberation of Palestine—General Command.

6. "Identify" means,

    a)     With respect to a document, provide the bates number if the document has been produced. If the document has not been produced, provide (i) the type of document, (ii) the general subject matter, (iii) the date of the document, and (iv) the author(s), addresse(s), and recipient(s).

    b)     With respect to an individual, give the person's full name, present or last known address, and present or last known place of employment.

    c)     With respect to an entity, institution, organization, agency, unincorporated association, fictious entity or any other legal entity, give the entity's legal name, any "doing business as" or other trade names, location, headquarter address and place of organization.

7. "Investigation File" means a document or set of documents concerning an investigation by or on behalf of a Defendant concerning an individual or an incident and includes any document created or maintained by any branch of the Palestinian Security Forces, including without limitation the Preventative Security Service and the General Intelligence Service.

8. "Martyr" means any individual whose death directly or indirectly resulted from committing, or conspiring to commit, any intentional act that injured or killed a national of the United States.

3

9.      "Martyr File" means documents concerning an application to a Defendant by the family, representative, beneficiary or other Designee of a Martyr for benefits or recognition in light of such Martyr's death and includes documents concerning the consideration, processing, investigation, findings, determinations, approval, or disapproval of such an application.

10.     "Martyr Payment(s)" refers to any payment or tangible benefit made directly or indirectly to any family member, representative, payee or other Designee on behalf of a Martyr by a Defendant, directly or indirectly, or on behalf of any Defendant. Martyr Payment also includes, without limitation, (a) salaries and contract payments, regardless of whether such person is or is not otherwise an employee of a Defendant and regardless of whether such payment is or is not related to past, present or future employment in any capacity with a Defendant; (b) loan(s); (c) payment(s) of any debts or obligations; (d) benefits for things such as tuition or health care; (e) increasing the rank, seniority, or salary of any family member, representative, payee or other Designee of a Martyr or the Martyr, and (f) a payment made pursuant to Palestinian law, regulation, policy, custom or practice.

11.     "NY Mission" means the Defendants' Permanent Observer Mission to the United Nations in New York.

12.     "Payment(s)" collectively means Martyr Payment and/or Prisoner Payment.

13.     "Prisoner" means any individual who has been imprisoned or detained for committing, or conspiring to commit, any intentional act that injured or killed a national of the United States.

14.     "Prisoner File" means documents concerning an application to a Defendant by a Prisoner, or the family, representative, beneficiary or other Designee of a Prisoner for benefits or recognition in light of such Prisoner's imprisonment or former imprisonment and includes

documents concerning the consideration, processing, investigation, findings, determinations, approval, or disapproval of such an application.

15. "Prisoner Payment(s)" refers to any payment or tangible benefit made directly or indirectly to a Prisoner or any family member, representative, payee or other Designee on behalf of a Prisoner by a Defendant, directly or indirectly, or on behalf of any Defendant.   Prisoner Payment also includes, without limitation,; (a) a payment of money or any other tangible benefit for the use of a Prisoner, including but not limited to "canteen" payments, salaries and contract payments, regardless of whether such person is or is not otherwise an employee of a Defendant and regardless of whether such payment is or is not related to past, present or future employment in any capacity with a Defendant; (b) a payment of money or any other tangible benefit to a Prisoner who has been released whether styled as a "loan" or a "salary" or otherwise, if such payment was approved by or in coordination with the Commission for Prisoners and Ex-Prisoners' Affairs or a related or affiliated entity; (c) a payment of money or any other tangible benefit on behalf of a Prisoner who has been released or the family member or other Designee of Prisoner, such as the payment of any debt or obligation for benefits such as tuition or health care; (d) any payment of money or other tangible benefit to any former Prisoner who is an employee or retiree of a Defendant and who receives any credit, such as increased rank, seniority, or salary, due to his or her time in prison; (e) a payment made pursuant to Palestinian Authority Law No. 14 and/or No. 19 of 2004, Palestinian Authority Government Decision No. 23 of 2020, or any successor or amendment, or any related provision thereof, or other Palestinian law, regulation, policy, custom or practice; and (f) any benefit provided by or through or in

5

coordination with the agency whose Arabic name may be translated into English as Commission for Prisoners and Ex-Prisoners' Affairs.

16.    "United Nations Headquarters District" means the geographic area within the City, County and State of New York bounded by First Avenue, East 42nd Street, East 48th Street, and the East River.

17.    "Washington Mission" means the Defendants office(s) in Washington, D.C. which is/are or was located at 1732 Wisconsin Ave., Washington D.C. 20015.

<u>**INSTRUCTIONS**</u>

1.    Please furnish all responsive documents in your possession, custody or control.

2.    No paragraph herein shall be construed with reference to any other paragraph for the purpose of limiting the scope of a request.

3.    If objection is made to any particular request, state in your response whether documents are being withheld from inspection and production on the basis of such objection.

4.    If objection is made to a portion of any of the requests, furnish documents responsive to the remainder of that request.

5.    If there are no documents responsive to a particular request, state so in your response to that request.

6.    If a document responsive to any of the requests is not in your possession, custody, or control, state what disposition was made of the document and the date of such disposition, and identify all persons having knowledge of the document's contents.

7.    Produce documents (including ESI) in tagged image format files that include document level text, an image (.opt) load file, and a metadata (.dat) load file.

8.      Produce entire documents, without redaction, including all transmittal sheets, cover letters, exhibits, attachments, appendices, or enclosures. When a document is only in part responsive to any request herein, it shall nevertheless be produced in its entirety. If documents that are produced are normally kept in a file or other folder, that file or folder must also be produced.

9.      Whenever in these requests you are asked to produce a document which is deemed by you to be properly withheld for any reason (1) identify the nature of the privilege (including work product) which is being claimed and any statute or rule under which such privilege is being invoked; and (2) provide a written log containing the following information for each document: (i) the type of document, e.g., letter or memorandum; (ii) the general subject matter of the document; (iii) the date of the document; and (iv) the author of the document, the addressees of the document, and any other recipients, and, where not apparent, the relationship of the author, addressees, and recipients to each other. The statement regarding any grounds asserted for withholding any document from production shall include all facts necessary to assess the validity of the basis for withholding the document.

10.     If it is not possible to produce any document called for by a particular request, state the reasons for the failure to produce the document. If a document responsive to any of the requests has been destroyed, identify the document, and provide the date of such destruction and the name of the person(s) who destroyed the document and/or ordered or authorized such destruction.

11.     The requests shall be deemed continuing so as to require that modified or supplemental responses be provided if you obtain additional documents pertinent to any request.

## DOCUMENTS TO BE PRODUCED

1.      Any charts, tables, or other documents detailing the hierarchical and/or organizational structure of the Palestinian Authority and the Palestine Liberation Organization.

7

2.      All documents concerning any communications between the Defendants and the Bank of Palestine regarding any Payments or the cessation thereof.

3.      All documents concerning any Martyr Payment made on or after April 18, 2020 by any Defendant, directly or indirectly, or on behalf of any Defendant, concerning any individual listed in Exhibit A.

4.      All Martyr Files concerning any individual listed in Exhibit A.

5.      All Investigation Files concerning any individual listed in Exhibit A

6.      All documents concerning any Prisoner Payment made on or after April 18, 2020 by any Defendant, directly or indirectly, or on behalf of any Defendant, concerning any individual listed in Exhibit B.

7.      All documents concerning the promotion, rank, status, employment, or potential employment of any individual listed on Exhibit B on or after April 18, 2020, including documents concerning the promotion or advancement of such individual.

8.      All Prisoner Files concerning any individual listed in Exhibit B.

9.      All Investigation Files concerning any individual listed in Exhibit B.

10.     Documents sufficient to show the name and address of any person located to whom you sent, directly or indirectly, a Martyr Payment or Prisoner Payment on or after January 1, 2017.

11.     All documents concerning any Prisoner Payment made on or after January 1, 2017 related to the following individuals:

        a.      Tamar Rassem Salim Rimawi a/k/a Tamer Rassam Salim Rimawi ("Rimawi") - ID #907890909;

    b.   Hussam Abdul Kader Ahmed Halabi a/k/a Hussan Ahmed Halaby ("Halibi") - ID #410249239;

    c.   Annan Hashash a/k/a Anan Aziz Tzalah Salim ("Hashash") - ID #907949648

    d.   Ahmed Hamed Hadib a/k/a Ahmed Hamed Rushdie Hadib ("Hadib") – ID #904271764

12.    All documents which Identify each and every financial institution or intermediary which played any role in the Martyr Payments or Prisoner Payments for the period January 1, 2018 until the present.

13.    All documents which Identify the division, department or Ministry of each Defendant which played any role in the payment of Martyr Payments or Prisoner Payments for the period January 1, 2018 until the present.

14.    All documents concerning communications with any financial institution on or after January 1, 2017, concerning the financial institution's refusal, potential refusal or inability to process, receive or deposit a Martyr Payment or Prisoner Payment. Without limiting the generality of the foregoing, this request includes meeting notes, email messages, text messages, voicemail/recorded messages and communications of any kind on social media, call logs, drafts, and any other form of communication, electronic or otherwise.

15.    All documents created on or after January 1, 2017 concerning the establishment of or attempted establishment of any financial institution, intermediary, or other entity for the purpose of processing or playing any role in the completion of Prisoner Payments or Martyr Payments or change to the name of any of the foregoing and/or substitution of any of the foregoing.

9

16.  All documents concerning communications with any person on or after January 1, 2017 concerning the actual or potential termination, suspension, or alteration of a Martyr Payment or Prisoner Payment, or change to the name of the payee and/or substitution of a new payee, excluding those occurrences prompted by the death of a payee. Without limiting the generality of the foregoing, this request includes email messages, text messages, messages and communications of any kind on social media, call logs, drafts, and any other form of communication, electronic or otherwise.

17.  All rosters, organization charts, and directories of all natural and legal persons providing services to any Defendant while physically in the United States (including at 115 East 65th Street), on or after January 4, 2020.

18.  All documents concerning any activities of all natural and legal persons on or after January 4, 2020, who:

     a)    provided labor or services to or on behalf of a Defendant while physically in the United States on or after January 4, 2020;

     b)    conducted any activity on behalf of a Defendant while physically in the United States on or after January 4, 2020; or

     c)    was paid or reimbursed for any expenses by a Defendant for any reason while physically in the United States or in connection with any activity while physically in the United States on or after January 4, 2020.

19.  All instructions given on or after May 17, 2018 to any natural or legal person to limit or alter their activities while in the United States.

20.  All records of any transfer of money made on or after January 4, 2020 to, from, on behalf of, or for the benefit of any Defendant to any person in the United States. Without limiting the generality of the foregoing, this includes payroll records, bank records, reimbursement records, gift records, invoices, checks and electronic payment records, accounting records,

receipts, correspondence concerning gifts, and any document concerning any payment of any kind.

21.   All records of any payment made by a Defendant, or on behalf or for the benefit of any Defendant, using a U.S. financial institution, on or after January 4, 2020.

22.   All records of all wire transfers made by a Defendant, or on behalf or for the benefit of any Defendant and denominated in U.S. dollars after on or January 4, 2020.

23.   All invoices or bills for any phone or electronic device paid for by a Defendant or on behalf or for the benefit of any Defendant, and used by any person while physically present in the United States during any period on or after January 4, 2020. This request includes mobile devices and land-line telephones.

24.   All invoices or bills for any internet service or cable service for any location in the United States paid for by a Defendant or on behalf or for the benefit of any Defendant, during any period on or after January 4, 2020. This includes both satellite and terrestrial service, whether from a legacy telephone carrier, cable carrier, or any other internet service provider.

25.   All documents concerning any social media account or web feed identified with the New York Mission on or after January 4, 2020.

26.   All documents concerning any social media account or web feed identified with the Washington Mission on or after January 4, 2020.

27.   All documents which Identify all individuals who worked for, or on behalf of, the Defendants at the NY Mission from and after January 1, 2017 until the present.

28.   All documents which Identify all individuals who worked for, or on behalf of, the Defendants at the Washington Mission from and after January 1, 2017 until the present.

29.   All documents which Identify all individuals, entities, organizations, or other unincorporated associations which maintained or had an office or presence at the Washington Mission since January 1, 2017.

30.   All documents which Identify all individuals, entities, organizations, or other unincorporated associations which maintained or had an office or presence at the NY Mission since January 1, 2017.

31.   All documents concerning any website, social media account or web feed accessed, modified, managed, or changed by any person on behalf of or for the benefit of any Defendant while physically in the United States on or after January 4, 2020.

32.   All documents concerning any computer or server physically located in the United States and accessed, modified, managed, or changed by any person (wherever located) on behalf of or for the benefit of any Defendant on or after January 4, 2020.

33.   All documents concerning communications with any media outlet by any person on behalf of or for the benefit of a Defendant while physically present in the United States on or after January 4, 2020.

34.   All calendars, agendas, meeting notes of meetings of any agent, employee or officer of a Defendant while physically in the United States on or after January 4, 2020.

35.   All bank statements for all bank accounts maintained or used by any agent, employee or officer of a Defendant on behalf of or for the benefit of a Defendant while physically in the United States on or after January 4, 2020.

36.   All documents concerning the website "palestineun.org." This includes documents relating to the maintenance and ownership of the website, including any bills or any communications of any kind concerning the website.

12

37.     All documents concerning any website owned by or maintained on behalf of or for the benefit of a Defendant and hosted on a server physically located in the United States on or after January 4, 2020.

38.     All documents concerning any website or social media account hosted in the United States on which any person posted any content on behalf of or for the benefit of any Defendant on or after January 4, 2020.

39.     All documents concerning any expenses paid or reimbursed by a Defendant or on behalf or for the benefit of any Defendant, in connection with any travel by any person to or from the United States on or after January 4, 2020.

40.     All documents concerning any expenses paid or reimbursed by a Defendant or on behalf or for the benefit of any Defendant, in connection with activities by a Defendant or on behalf or for the benefit of any Defendant in the United States on or after January 4, 2020.

41.     All documents concerning any activity conducted by Mahmoud Abbas while physically present in the United States on or after January 4, 2020, including without limitation agendas, calendars, invoices, expense reports, or any other records.

42.     All documents concerning the press conference held by Mahmoud Abbas on February 11, 2020.

43.     All documents concerning any meeting, communication, or appearance by Riyad Mansour while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

44.     All documents concerning any meeting, communication, or appearance by Feda Abdelhandy-Nasser while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

45.     All documents concerning any meeting, communication, or appearance by Nadya Rasheed while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

46.     All documents concerning any meeting, communication, or appearance by Majed Bamya while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

47.     All documents concerning any meeting, communication, or appearance by Adballah Abushawesh while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

48.     All documents concerning any meeting, communication, or appearance by Nada Tarbush while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

49.     All documents concerning any meeting, communication, or appearance by Saher Salam while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

50.     All documents concerning any meeting, communication, or appearance by Nadia Ghannam while physically present in the United States and outside the United Nations Headquarters District on or after January 4, 2020.

51.     All documents concerning communications by and between any Defendant or their agent or representatives or anyone acting on their behalf of for their benefit with any of the following persons on or after January 4, 2020:

        a)     George Saba, of Michigan.

        b)     Ahmad Alahmad, of California.

c)    Ghassan Barakat, of Illinois.

d)    Yousif Marei, of Illinois.

e)    Awni Abu Hdba, of New Jersey.

f)    Samir J. Farhat, of Florida.

g)    Areej Barghouthi, of Illinois.

h)    Sadeddin A. Malley, of Illinois.

i)    Fuad Ateyeh, of California.

j)    Hesham Mohd, of Louisiana

Respectfully Submitted,

January 25, 2021                    HEIDEMAN NUDELMAN & KALIK P.C.
                                    5335 Wisconsin Ave, Suite 440
                                    Washington, DC  20015
                                    Telephone:  202-463-1818
                                    Telefax:  202-463-2999
                                    Email:  rdheideman@hlnklaw.com

                                    By:  /s/ *Noel J. Nudelman*
                                          Richard D. Heideman (No. 377462)
                                          Noel J. Nudelman (No. 449969)
                                          Tracy Reichman Kalik (No. 462055)

                                    PERLES LAW FIRM, P.C.
                                    Steven R. Perles
                                    Edward B. MacAllister
                                    1050 Connecticut Ave., N.W.
                                    Suite 500
                                    Washington, D.C. 20036
                                    (202) 955-9055

15

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this day, January 25, 2021 a copy of the foregoing **Plaintiffs' First Set Of Requests For Production of Documents and Electronically Stored Information Regarding Jurisdictional Discovery** thereof along with all exhibits and attachments thereto, were served via electronic mail on the following counsel:

Gassan A. Baloul
gassan.baloul@squirepb.com
Mitchell R. Berger
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Counsel for Defendants*

*/s/ Noel J.Nudelman*

16

EXHIBIT A

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 1. | 05 September 1972 | Munich | Yusuf Nazzal |
| 2. | 05 September 1972 | Munich | Mohammed Masalha |
| 3. | 05 September 1972 | Munich | Afif Ahmed Hamid |
| 4. | 05 September 1972 | Munich | Ahmed Chic Thaa |
| 5. | 05 September 1972 | Munich | Khalid Jawad |
| 6. | 05 September 1972 | Munich | Luttif Afif |
| 7. | 11 March 1978 | Tel Aviv | Dalal Said Mohammad al-Mughrabi |
| 8. | 09 October 1994 | Jerusalem | Hassan Mahmoud 'Isa Abbas |
| 9. | 10 October 1994 | Bir Nahallah | Salah A-Din Hassan Salem Jadallah |
| 10. | 10 October 1994 | Bir Nahallah | Hassan Natshe |
| 11. | 10 October 1994 | Bir Nahallah | Abd El Karim Yassin Bader |
| 12. | 25 December 1994 | Jerusalem | Ayman Kamel Radi |
| 13. | 22 January 1995 | Netanya (Beit Lid Jct.) | Anwar Mohammed Atiyyah Sukar |
| 14. | 22 January 1995 | Netanya (Beit Lid Jct.) | Salah Abd al-Hamid Shaker Mohammad |
| 15. | 09 April 1995 | Kfar Darom | Khaled Mohammad Mahmoud al-Khatib |
| 16. | 21 August 1995 | Jerusalem | Sufyan Salem Abd Rabbo al-Jabarin |
| 17. | 25 February 1996 | Jerusalem | Magdi Mohammad Abu Wardah |
| 18. | 04 March 1996 | Tel Aviv | Ramez Abed al-Kader Mohammad Abid |
| 19. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Taufik Ali Mohammed Yassin |
| 20. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Muawiya Mohammad Ahmed Jarara |
| 21. | 04 September 1997 | Jerusalem (Ben Yehuda St.) | Bashar Mohammad As'ad Sawalha |
| 22. | 04 September 1997 | Jerusalem (Ben Yehuda St) | Yousef Jameel Ahmad Shuli |
| 23. | 04 September 1997 | Jerusalem (Ben Yehuda St.) | Khalil Ibrahim Tawfiq Sharif |
| 24. | 28 March 2001 | Neve Yamin | Fadi Attallah Yusuf Amer |
| 25. | 01 June 2001 | Tel Aviv (Dolphinarium) | Said Hussein Hasan  Hutari |
| 26. | 09 August 2001 | Jerusalem | Izz al-Din Shuheil Ahmad al-Masri |
| 27. | 04 November 2001 | Jerusalem (French Hill) | Hatem Yaqin Ayesh Shweiki |
| 28. | 01 December 2001 | Jerusalem (Ben Yehuda St.) | Nabil Mahmoud Al-Halabiah |
| 29. | 01 December 2001 | Jerusalem (Ben Yehuda St.) | Osama Mohammed Bahr |

EXHIBIT A

| 30. | 12 December 2001 | Emmanuel (near) | Asem Yousef Mohamed Hamed (aka Assem Yousef Rihan) |
|---|---|---|---|
| 31. | 17 January 2002 | Hadera | Abdul Salaam Sadek Mer'y Hassoun |
| 32. | 22 January 2002 | Jerusalem (Jaffa Road) | Said Ibrahim Said Ramadan |
| 33. | 27 January 2002 | Jerusalem (Jaffa Road) | Wafa Ali Khalil Idris |
| 34. | 16 February 2002 | Karnei Shomron | Sadek Abdel Hafez |
| 35. | 18 February 2002 | Kibbutz Kissufim | Mohammad Mahmoud Mohammad Al-Kasir |
| 36. | 09 March 2002 | Jerusalem | Fouad Ismail Al-Hourani |
| 37. | 21 March 2002 | Jerusalem | Mohammed Mashhoor Mohammed Hashaika |
| 38. | 27 March 2002 | Netanya | Abdel-Basit Mohammed Qasem Odeh |
| 39. | 31 March 2002 | Efrat | Jamil Khalaf Mustafa Hamed |
| 40. | 07 May 2002 | Rishon Lezion | Mohammad Jamil Muamar |
| 41. | 19 May 2002 | Netanya | Osama Adel Mohammad Beshkar |
| 42. | 18 June 2002 | Gilo | Mohammed Hazza Al-Ghoul |
| 43. | 19 June 2002 | Jerusalem (French Hill) | Sa'id Wadah Hamid Awada |
| 44. | 30 July 2002 | Jerusalem | Hazem Atta Sarasra |
| 45. | 31 August 2002 | Har Bracha | Yusef Ibrahim Hasan Atalla |
| 46. | 19 September 2002 | Tel Aviv | Iyad Naeem Radad |
| 47. | 27 October 2002 | Ariel | Muhammed Kzid Faysal Bastami |
| 48. | 28 November 2002 | Beit Shean | Omar Muhammad Awadh Abu al-Rab |
| 49. | 28 November 2002 | Beit Shean | Yousef Muhammad Ragheb Abu al-Rab |
| 50. | 05 March 2003 | Haifa | Mahmoud Omran Al-Qawasmeh |
| 51. | 07 March 2003 | Kiryat Arba | Muhsin Muhammad Omar al-Qawasmeh |
| 52. | 07 March 2003 | Kiryat Arba | Fadi Ziyad Muhammad Fakhoury |
| 53. | 30 April 2003 | Tel Aviv | Asef Mohammad Hanif |
| 54. | 30 April 2003 | Tel Aviv | Omar Sharif Khan |
| 55. | 18 May 2003 | Jerusalem | Basem Jamal Darwish al-Takruri |
| 56. | 11 June 2003 | Jerusalem | Abdel-Muti Mohammad Saleh Shabaneh |
| 57. | 19 August 2003 | Jerusalem | Raed Abdel-Hamid al-Razaq Misk |
| 58. | 09 September 2003 | Jerusalem | Ramiz Fahmi Izz al-Din Abu Salim |
| 59. | 04 October 2003 | Haifa | Hanadi Taysir Abd al-malik Jaradat |
| 60. | 29 January 2004 | Jerusalem | Ali Ja'ara |
| 61. | 22 February 2004 | Jerusalem | Mohammad Issa Khalil Zghool |
| 62. | 22 September 2004 | Jerusalem | Zaynab Ali Isa Abu Salem |
| 63. | 17 April 2006 | Tel Aviv | Samer Samih Mohammad Hammad |
| 64. | 06 March 2008 | Jerusalem | Alaa Hisham Abu Dheim |
| 65. | 22 October 2014 | Jerusalem | Abdel Rahman Idris al-Shaludi |

EXHIBIT A

| 66. | 18 November 2014 | Jerusalem | Uday Abu Jamal |
|---|---|---|---|
| 67. | 18 November 2014 | Jerusalem | Ghassan Muhammad Abu Jamal |
| 68. | 13 October 2015 | Jerusalem | Bahaa Muhammad Khalil Alyan |
| 69. | 08 March 2016 | Tel Aviv (Jaffa) | Bashar Muhammad Abd al-Qader Masalha |
| 70. | 30 June 2016 | Kiryat Arba | Mohammad Naser Mahmoud Tarayreh |
| 71. | 08 January 2017 | Jerusalem | Fadi Ahmad HamdanAl-Qunbar |
| 72. | 16 August 2019 | Elazar | Ala'Khader al-Hreimi |

EXHIBIT B

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 1. | 05 June 1968 | Los Angeles | Sirhan Bishara Sirhan |
| 2. | 18 August 1968 | Jerusalem | Ali Adam Jiddah Salamat |
| 3. | 18 August 1968 | Jerusalem | Mahmoud Jiddah Adam Jiddah Salamat |
| 4. | 05 August 1973 | Athens | Shafik el Arid |
| 5. | 05 August 1973 | Athens | Tallal Khantouran |
| 6. | 11 March 1978 | Tel Aviv | Haled Mouhammed Ibrahim Housein |
| 7. | 11 March 1978 | Tel Aviv | Ibrahim Mahmoud Fuad |
| 8. | 14 May 1979 | Tiberias | Ziad Abu Ein Tripi |
| 9. | 02 May 1980 | Hebron | Yasser Hasin Mohammed al-Zaydat |
| 10. | 02 May 1980 | Hebron | Adnan Jabbar Mahmoud Jabbar |
| 11. | 02 May 1980 | Hebron | Tayseer Mahmoud Taha Tayseer |
| 12. | 02 May 1980 | Hebron | Mohammed Abdel Rahman Salah Shubaki |
| 13. | 02 May 1980 | Hebron | Omar Haroub |
| 14. | 07 July 1983 | Hebron | Adnan Ishaq Salima |
| 15. | 07 July 1983 | Hebron | Ibrahim Mahmoud Serjil |
| 16. | 07 July 1983 | Hebron | Ziad Omar Sneina |
| 17. | 07 July 1983 | Hebron | Muhammad Hani al-Zibaat |
| 18. | 07 July 1983 | Hebron | Tahsir Mahmoud Shaalan |
| 19. | 07 July 1983 | Hebron | Kaid Sarsour |
| 20. | 07 July 1983 | Hebron | Mahoud Ashur |
| 21. | 07 July 1983 | Hebron | Azzat al-Rajbi |
| 22. | 08 October 1985 | Achille Lauro | Maged Moussef al-Molqi |
| 23. | 08 October 1985 | Achille Lauro | Ibrahim Fatayer Abdelatif |
| 24. | 08 October 1985 | Achille Lauro | Ahmed Marrouf al-Assadi |
| 25. | 08 October 1985 | Achille Lauro | Issa Mohammed Abbas |
| 26. | 08 October 1985 | Achille Lauro | Yusuf Ahmad Yusuf Sa'ad |
| 27. | 06 July 1989 | Tel Aviv | Abed al-Hadi Ghaneim |
| 28. | 10 October 1994 | Lod | Jihad Ya'amur |
| 29. | 10 October 1994 | Lod | Ziad Zohdi Rabhi Najib |
| 30. | 09 April 1995 | Gaza (Kfar Darom) | Adnan Mahmoud al-Ghoul |
| 31. | 09 April 1995 | Gaza (Kfar Darom) | Nabil Shari'hi |
| 32. | 21 August 1995 | Jerusalem | Hatam Ibrahim Ismail (aka Abdallah Abu Yussef) |
| 33. | 21 August 1995 | Jerusalem | Uthman Said |
| 34. | 21 August 1995 | Jerusalem | Abd al-Majid Dudin (aka Abdel Magid Dudin) |
| 35. | 25 February 1996 | Jerusalem | Hassan Abdel Rahman Hassan Salameh |
| 36. | 25 February 1996 | Jerusalem | Akram Ibrahim Mahmoud Qawasme |

EXHIBIT B

| 37. | 25 February 1996 | Jerusalem | Ayman Mohammed Nazmi Abd al-Jalil al-Razim |
|---|---|---|---|
| 38. | 25 February 1996 | Jerusalem | Mohammed Atiya Mahmoud Abu Warda |
| 39. | 25 February 1996 | Jerusalem | Sami Saliman Ali Abu Halawa |
| 40. | 04 March 1996 | Tel Aviv | Said Bin Hussain Sulimany |
| 41. | 09 June 1996 | Beit Shemesh | Raid Fakhri Abu Hamadiyah |
| 42. | 09 June 1996 | Beit Shemesh | Jamal Fatah Tzabich Al Hor |
| 43. | 09 June 1996 | Beit Shemesh | Rahman Ismai Abdel Rahman Ghaneimat |
| 44. | 30 July 1997 | Jerusalem (Mahane Yehuda) | Moaz Sa'id Ahmed Sa'id Bilal |
| 45. | 30 July 1997 | Jerusalem (Mahane Yehuda) | Ammar Abdel Rahman Hamed Issa al-Zaben |
| 46. | 04 September 1997 | Jerusalem | Moaz Sa'id Ahmed Sa'id Bilal |
| 47. | 31 December 2000 | Ofra | Mustafa Mahmoud Mohamed Masalmani |
| 48. | 31 December 2000 | Ofra | Nasser Naji Abu Hamid |
| 49. | 28 March 2001 | Neve Yamin | Tareq Muhammad Abd al-Latif Abu Mariam |
| 50. | 01 June 2001 | Tel Aviv (Dolphinarium) | Raed Al-Hutari |
| 51. | 01 June 2001 | Tel Aviv (Dolphinarium) | Hussam Badron |
| 52. | 09 August 2001 | Jerusalem | Ahlam al-Tamini |
| 53. | 09 August 2001 | Jerusalem | Bilal Yaqub Ahmed Barghouti |
| 54. | 09 August 2001 | Jerusalem | Muhammad Waal Muhammad Daghlas |
| 55. | 09 August 2001 | Jerusalem | Abdullah Ghaleb Abdullah Barghouti |
| 56. | 17 January 2002 | Hadera | Nasser Mahmoud Ahmed Aweis |
| 57. | 17 January 2002 | Hadera | Ahmed Ali Mahmoud Abu-Khader |
| 58. | 17 January 2002 | Hadera | Adib Ahmed Abdullah Abu-al-Rub |
| 59. | 17 January 2002 | Hadera | Mansour Saleh Mansour Shrem |
| 60. | 22 January 2002 | Jerusalem (Jaffa Road) | Majed Isma'il Mohamed Al-Masri |
| 61. | 22 January 2002 | Jerusalem (Jaffa Road) | Nasser Mahmoud Ahmed Aweis |
| 62. | 22 January 2002 | Jerusalem (Jaffa Road) | Fares Sadeq Mohamed Ghanem |
| 63. | 27 January 2002 | Jerusalem (Jaffa Road) | Munzar Mahmoud Khalil Noor |
| 64. | 22 January 2002 | Jerusalem (Jaffa Road) | Mohamed Sami Ibrahim Abdullah |
| 65. | 22 January 2002 | Jerusalem (Jaffa Road) | Ahmed Taleb Mustafa Al-Barghouti |
| 66. | 22 January 2002 | Jerusalem (Jaffa Road) | Ibrahim Adnan Najib Abdel Hai |
| 67. | 22 January 2002 | Jerusalem (Jaffa Road) | Mohamed Abdel Rahman Salem Mousleh |

EXHIBIT B

| 68. | 22 January 2002 | Jerusalem (Jaffa Road) | Bashar Barghouti |
|---|---|---|---|
| 69. | 27 January 2002 | Jerusalem (Jaffa Road) | Munzar Mahmoud Khalil Noor |
| 70. | 08 February 2002 | Jerusalem | Samir Abu Miala |
| 71. | 18 February 2002 | Kibbutz Kissufim | Jihad Naim Mutzran |
| 72. | 18 February 2002 | Kibbutz Kissufim | Nizar Khadar Mohammed Dahliz |
| 73. | 21 March 2002 | Jerusalem | Nasser Jamal Mussa Shawish (aka Adham) |
| 74. | 21 March 2002 | Jerusalem | Kahira Sa'id Al-Sa'di |
| 75. | 21 March 2002 | Jerusalem | Abdel Karim Ratab Yunis Aweis |
| 76. | 21 March 2002 | Jerusalem | Sana'a Mohamed Shehadeh |
| 77. | 24 March 2002 | Umm Safah (Near) | Tamar Rassem Salim Rimawi a/k/a Tamer Rassam Salim Rimawi   ID # 907890909 |
| 78. | 24 March 2002 | Umm Safah (Near) | Hussam Abdul-Kader Ahmad Halabi Hussam Ahmed Halaby     I.D. # 410249239 |
| 79. | 24 March 2002 | Umm Safah (Near) | Ahmed Hamed Hadib a/k/a Ahmed Hamad Rushdie Hadib  ID# 904271764 |
| 80. | 24 March 2002 | Umm Safah (Near) | Annan Hashash a/k/a Anan Aziz Tzalah Salim ("Hashash") ID # 907949648 |
| 81. | 27 March 2002 | Netanya | Abbas al-Sayed |
| 82. | 07 May 2002 | Rishon Lezion | Muhammad Imran |
| 83. | 19 May 2002 | Netanya | Allam Ahmad Asad Kaabi |
| 84. | 19 May 2002 | Netanya | Du'a Ziyad Jamil Jayusi |
| 85. | 19 May 2002 | Netanya | Adel Adnan Mahmud Jum'a |
| 86. | 11 June 2002 | Hebron | Alaa Issa Muhammad Munasirah |
| 87. | 18 June 2002 | Gilo | Fahmi Id Ramdan Mashahara |
| 88. | 18 June 2002 | Gilo | Ramadan Eid Ramadan Mashahara |
| 89. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Ibrahim Jamil Abd al-Ghani Hamed |
| 90. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Abdullah Ghaleb Abdullah Barghouti |
| 91. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Ahmed Taleb Moustafa Barghouti |
| 92. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Mohammed Arman |
| 93. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Wael al-Qassim |
| 94. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Walid Anjas |
| 95. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Mohamed Awda |
| 96. | 19 September 2002 | Tel Aviv | Mahmud Hamad Mahmud Sharitah |

EXHIBIT B

| 97. | 19 September 2002 | Tel Aviv | Ashraf Zayar |
|---|---|---|---|
| 98. | 29 January 2003 | Route 60 (near Ein Yabrud) | Jaser Isma'il Musa al-Barghuthi |
| 99. | 29 January 2003 | Route 60 (near Ein Yabrud) | Muayad Hamad |
| 100. | 29 January 2003 | Route 60 (near Ein Yabrud) | Hisham Abd al-Qader Ibrahim Hijazi |
| 101. | 29 January 2003 | Route 60 (near Ein Yabrud) | Farah Ahmad Abd al-Majid Hamad |
| 102. | 29 January 2003 | Route 60 (near Ein Yabrud) | Khaled Abd al-Mua'z Zein al-Din Omar |
| 103. | 29 January 2003 | Route 60 (near Ein Yabrud) | Sayd Qasem |
| 104. | 05 March 2003 | Haifa | Fadi al-Ja'aba |
| 105. | 05 March 2003 | Haifa | Munir Rajbi |
| 106. | 05 March 2003 | Haifa | Mu'az Waal Taleb-Abu Sharakh |
| 107. | 05 March 2003 | Haifa | Ali Rajbi |
| 108. | 05 March 2003 | Haifa | Hafez Rajbi |
| 109. | 05 March 2003 | Haifa | Ali Alan |
| 110. | 07 March 2003 | Kiryat Arba | Abdallah Ahmad Abd Abu Seif |
| 111. | 18 May 2003 | Jerusalem | Samer Atrash |
| 112. | 11 June 2003 | Jerusalem | Omar Salah Sharif |
| 113. | 11 June 2003 | Jerusalem | Bilal Sub Laban |
| 114. | 11 June 2003 | Jerusalem | Amar Nasser al-Din |
| 115. | 17 June 2003 | Route 6 | Mohammed Mustafa Mohammed Abu Dura |
| 116. | 17 June 2003 | Route 6 | Ibrahim Yusuf Ibrahim Atiya |
| 117. | 17 June 2003 | Route 6 | Tarek Ahmed Abdel-Karim Hasayin |
| 118. | 17 June 2003 | Route 6 | Samach Samir Mohammed Shubaki |
| 119. | 17 June 2003 | Route 6 | Amar Ahed Badi Shubaki |
| 120. | 20 June 2003 | Route 60 | Ahmad Mustafa Saleh Hamad |
| 121. | 20 June 2003 | Route 60 | Hisham Abd al-Qader Ibrahim Hijazi |
| 122. | 20 June 2003 | Route 60 | Khaled Abd al-Mua'z Zein al-Din Omar |
| 123. | 20 June 2003 | Route 60 | Ahmad Khaled Dawud Hamed |
| 124. | 19 August 2003 | Jerusalem | Nasim Rashad Abd el-Wadud Za'tari |
| 125. | 19 August 2003 | Jerusalem | Abdallah Yihya Sharbati |
| 126. | 19 August 2003 | Jerusalem | Jalal Jamal Ya'mur |
| 127. | 19 August 2003 | Jerusalem | Majdi Bakrat Za'tari |
| 128. | 19 August 2003 | Jerusalem | Ramzi Walid Arafeh |
| 129. | 29 January 2004 | Jerusalem | Ahmed Salah |
| 130. | 29 January 2004 | Jerusalem | Ali Mohamed Abu Haliel |
| 131. | 29 January 2004 | Jerusalem | Abdul Rahman Maqdad |
| 132. | 29 January 2004 | Jerusalem | Hilmi Hamash |

EXHIBIT B

| 133. | 29 January 2004 | Jerusalem | Ahmed Sa'ad |
|------|-----------------|-----------|-------------|
| 134. | 29 January 2004 | Jerusalem | Mohamed Ma'ali |
| 135. | 22 February 2004 | Jerusalem | Izz al-din Halid Hussain al-Hamamra |
| 136. | 17 April 2006 | Tel Aviv | Fawzi Badriya |
| 137. | 17 April 2006 | Tel Aviv | Muhammad Amoudi |
| 138. | 17 April 2006 | Tel Aviv | Fawaz Rajbi |
| 139. | 18 December 2010 | Beit Shemesh | Ayad Fatafta |
| 140. | 18 December 2010 | Beit Shemesh | Kifah Ghanimat |
| 141. | 12 June 2014 | Halhul | Hussam al-Qawasmeh |
| 142. | 12 June 2014 | Halhul | Ghassan Talal Salman Qawasme |
| 143. | 12 June 2014 | Halhul | Ahmed Abrahim Mohamad Qawasme |
| 144. | 12 June 2014 | Halhul | Maher Mustpha Mohamad al-Qawasme |
| 145. | 12 June 2014 | Halhul | Hasan Ali Qawasme |
| 146. | 12 June 2014 | Halhul | Hisham Isa Ibd al-Rahman Qawasme |
| 147. | 01 October 2015 | Route 60 | Yahia Muhamad Naif Abdullah Hajj Hamed |
| 148. | 01 October 2015 | Route 60 | Samir Zahir Ibrahim Kusa |
| 149. | 01 October 2015 | Route 60 | Amjad Adel Muhamad Aliwi |
| 150. | 01 October 2015 | Route 60 | Karam Lutfi Fatahi Razek Al Masri |
| 151. | 01 October 2015 | Route 60 | Zir Ziad Jamal Amar |
| 152. | 13 October 2015 | Jerusalem | Balal Abu-Ga'aanem |
| 153. | 19 November 2015 | Gush Etzion | Mohammed Abdel Basset al-Haroub |
| 154. | 27 January 2016 | Jerusalem | Abada Abu Ras |
| 155. | 08 March 2016 | Tel Aviv (Jaffa) | Muhammad Awieda |
| 156. | 08 March 2016 | Tel Aviv (Jaffa) | Bilal Sawan |
| 157. | 08 June 2016 | Jerusalem | Muhammad Muhamra |
| 158. | 08 June 2016 | Jerusalem | Khalid Muhamra |
| 159. | 08 June 2016 | Jerusalem | Younis Ayash Musa Zayn |
| 160. | 01 July 2016 | S. Hebron Hills | Mohammed Abdel Mohammed al-Amarya |
| 161. | 01 July 2016 | S. Hebron Hills | Suhib Jabara Ahmed Alfakiyah |
| 162. | 01 July 2016 | S. Hebron Hills | Alaa Raed Salah Zajayer |
| 163. | 16 September 2018 | Gush Etzion | Khalil Yusef Ali Jabarin |
| 164. | 13 December 2018 | Ofra | Asem Umar Saleh al-Barghouti |
| 165. | 13 December 2018 | Ofra | Anees Ahmd Yosef Mashal |