# EXHIBIT Q

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> PALESTINIAN AUTHORITY, *et al.*, <br><br> Defendants. | Civil Action No. 04-1173 (PLF) |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES**
**REGARDING JURISDICTIONAL DISCOVERY**

**PLEASE TAKE NOTICE**, that, pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs hereby serve this Second Set of Interrogatories Regarding Jurisdictional Discovery. Defendants are requested to answer the following interrogatories within thirty (30) days of service of these Interrogatories, in accordance with Federal Rule of Civil Procedure 33(b)(2). Please provide your answers to Heideman Nudelman & Kalik, PC, 5335 Wisconsin Ave., N.W., Suite 440, Washington, DC 20015.

**INSTRUCTIONS**

A. In answering these interrogatories, please furnish all information in your possession, custody or control.

B. No paragraph herein shall be construed with reference to any other paragraph for the purpose of limiting the scope of an interrogatory.

C. If objection is made to any particular interrogatory, state in your response whether information is being withheld on the basis of such objection.

D. If objection is made to a portion of any of the interrogatory, answer the remainder of that interrogatory.

E. If there is no information responsive to a particular interrogatory, state so in your response.

F. Where an interrogatory requests specific information, if the precise information is unknown to you, approximate the requested information as precisely as you are reasonably capable of doing, and indicate that you have done so.

G. Where an interrogatory requests identification of a document, identify each and every copy of that document, even if multiple copies of the same document are being identified or described.

H. If any portion of an interrogatory response is withheld under a claim of privilege or other ground, for each such response identify the privilege being asserted and provide information sufficient to permit the Court to rule on your claim.

I. The interrogatories shall be deemed continuing so as to require that modified or supplemental responses be provided if you obtain additional documents pertinent to any interrogatory.

## INTERROGATORIES

15. Please identify:

   a. all individuals who have posted on the Palestinian UN Mission website, Twitter account, and Facebook page account on behalf of the Palestinian UN Mission while physically present in the United States after January 4, 2020; and

   b. all posts made by each individual listed in Interrogatory 15(a) while physically present in the United States after January 4, 2020; by indicating

      i. the platform on which the post was made,

      ii. the date of the post,

      iii. the purpose of the post, and

      iv. the text of the post, including any mentions of other accounts, hashtags or other references included in the post.

16. Please identify:

   a. all individuals who have given a lecture at the invitation of a U.S. educational institution on behalf of the Palestinian UN Mission while physically present in the United States after January 4, 2020; and

   b. all lectures given by each individual listed in Interrogatory 16(a) while physically present in the United States after January 4, 2020, by indicating:

      i. the name of the educational institution,

      ii. the date of the lecture,

      iii. the title of the lecture,

      iv. the subject matter of the lecture,

      v. the purpose of the lecture,

      vi. whether the lecture was conducted in person or remotely via teleconference, webinar or videoconference; and

      vii. the name of any organizations, student groups or other entities sponsoring the lecture.

17. Please identify:

  a. all individuals who have participated in a conference, symposium, seminar, or panel on behalf of the Palestinian UN Mission while physically present in the United States after January 4, 2020; and

  b. all conferences, symposia, seminars, or panels in which each individual listed in Interrogatory 17(a) participated while physically present in the United States after January 4, 2020, by indicating:

     i. the name of the organization hosting the conference, symposium, seminar, or panel,

     ii. the date of the conference, symposium, seminar, or panel,

     iii. the title of the conference, symposium, seminar, or panel,

     iv. the names of other speakers, moderators or other participants in the conference, symposium, seminar, or panel,

     v. the subject matter of the conference, symposium, seminar, or panel,

     vi. the purpose of the conference, symposium, seminar, or panel,

     vii. whether the conference, symposium, seminar, or panel was conducted in person or remotely via teleconference, webinar or videoconference, and

     viii. the name of any organizations sponsoring the conference, symposium, seminar, or panel.

18. Please identify:

  a. all individuals who have maintained, updated, or posted to a website on behalf of the Palestinian UN Mission while physically present in the United States after January 4, 2020; and

    b. all maintenance activity, updates and posts made by each individual listed in Interrogatory 18(a) while physically present in the United States after January 4, 2020; by indicating:

        i. the website on which the maintenance activity, update or post was made,

        ii. the date of the maintenance activity, update or post,

        iii. the substance of the maintenance activity, update or post, and

        iv. the purpose of the maintenance activity, update or post.

19. Please identify:

    a. all individuals who have maintained, updated, or posted to a Twitter account on behalf of the Palestinian UN Mission while physically present in the United States after January 4, 2020; and

    b. all maintenance activity, updates and posts made by each individual listed in Interrogatory 19(a) while physically present in the United States after January 4, 2020; by indicating:

        i. the Twitter account to which the maintenance activity, update or post was made,

        ii. the date of the maintenance activity, update or post,

        iii. the substance of the maintenance activity, update or post, and

        iv. the purpose of the maintenance activity, update or post.

                          Respectfully Submitted,

September 3, 2021                  HEIDEMAN NUDELMAN & KALIK P.C.
                                          5335 Wisconsin Ave, Suite 440
                                          Washington, DC  20015
                                          Telephone:  202-463-1818
                                          Telefax:  202-463-2999
                                          Email: njnudelman@hnklaw.com

By:/s/ *Tracy R. Kalik*
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)
Joseph H. Tipograph (No. 997533)

PERLES LAW FIRM, P.C.
Steven R. Perles
Edward B. MacAllister
816 Connecticut Ave., N.W.
12th Floor
Washington, D.C. 20006
(202) 955-9055

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 3, 2021 a copy of the foregoing **Plaintiffs' Second Set of Interrogatories Regarding Jurisdictional Discovery** thereof along with all exhibits and attachments thereto, were served via electronic mail on the following counsel:

> Gassan A. Baloul
> gassan.baloul@squirepb.com
> Mitchell R. Berger
> mitchell.berger@squirepb.com
> 2550 M Street, N.W.
> Washington, D.C. 20037
> Telephone: (202) 457-6000
> Facsimile:  (202) 457-6315
>
> *Counsel for Defendants*
>
> /s/ Tracy R. Kalik