UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | Civil Action No. 04-1173 (PLF) |

**DECLARATION OF AMY BROWN DOOLITTLE
FILED IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL**

Amy Brown Doolittle declares as follows:

1. I am an attorney admitted to practice before this Court and a partner at Squire Patton Boggs (US) LLP, counsel to Defendants Palestinian Authority and Palestine Liberation Organization ("Defendants"). I submit this declaration in support of Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel.

2. I am fully competent to make this declaration and I have personal knowledge of the facts stated therein.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of CNN's September 22, 2020 online post covering a news conference held in New York by China's ambassador to the United Nations, available at https://www.cnn.com/2021/03/09/world/meanwhile-in-america-march-9-intl/index.html (last visited Oct. 14, 2021).

4. Attached as Exhibit 2 to this declaration is a true and correct copy of NBC News's January 26, 2021 online post containing excerpts of its interview with Iran's ambassador to the United Nations, available at https://www.nbcnews.com/politics/national-security/iran-s-un-ambassador-says-iran-waiting-president-biden-make-n1255608 (last visited Oct. 12, 2021).

5. Attached as Exhibit 3 to this declaration is a true and correct copy of CNN's November 23, 2020 online post of its interview with Morocco's ambassador to the United Nations, available at https://www.cnn.com/videos/world/2020/11/23/connect-the-world-omar-hilale-western-sahara.cnn (last visited Oct. 12, 2021).

6. Attached as Exhibit 4 to this declaration is a true and correct copy of the Inter Press Service's March 6, 2020 article containing excerpts of its interview with Sri Lanka's ambassador to the United Nations, available at http://www.ipsnews.net/2020/03/qa-learning-diplomacy-flipping-burgers-mcdonalds/ (last visited Oct. 12, 2021).

7. Attached as Exhibit 5 to this declaration is a true and correct copy of a March 29, 2021 YouTube post of Reuters's interview with Ethiopia's ambassador to the United Nations, available at https://www.youtube.com/watch?v=qIbZIpzUoXk (last visited Oct. 12, 2021).

8. Attached as Exhibit 6 to this declaration is a true and correct copy of a November 27, 2019 YouTube post of TRT's interview with Pakistan's ambassador to the United Nations, available at https://www.youtube.com/watch?v=dwO3MZ1GlM0 (last visited Oct. 12, 2021).

9. Attached as Exhibit 7 to this declaration is a true and correct copy of CGTN America's September 10, 2020 online post of its interview with Saudi Arabia's ambassador to the United Nations, available at https://america.cgtn.com/2020/09/10/un-general-assembly-interview-with-saudi-ambassador-to-un (last visited Oct. 12, 2021).

10. Attached as Exhibit 8 to this declaration is a true and correct copy of PassBlue's January 6, 2021 article containing excerpts of its interview with Tunisia's ambassador to the United Nations, available at https://www.passblue.com/2021/01/06/tunisia-delicately-straddling-the-politics-of-north-africa-and-the-mideast/ (last visited Oct. 12, 2021).

11. Attached as Exhibit 9 to this declaration is a true and correct copy of MSNBC's May 30, 2019 online post of its interview with Israel's ambassador to the United Nations, available at https://www.msnbc.com/ali-velshi/watch/israeli-amb-to-un-on-new-vote-political-chaos-in-israel-60583493582 (last visited Oct. 12, 2021).

12. Attached as Exhibit 10 to this declaration is a true and correct copy of an October 30, 2020 YouTube post of an interview between the Korea Economic Institute of America and South Korea's ambassador to the United Nations, available at https://www.youtube.com/watch?v=wAlYw0PPQbk (last visited Oct. 12, 2021).

13. Attached as Exhibit 11 to this declaration is a true and correct copy of a March 21, 2016 online post by the Council on Foreign Relations containing the transcript of an event it hosted and in which the United Kingdom's ambassador to the United Nations participated, available at https://www.cfr.org/event/conversation-europes-ambassadors (last visited Oct. 12, 2021).

14. Attached as Exhibit 12 to this declaration is a true and correct copy of a PDF published by the Stimson Institute in June 2021 publishing information on a series of discussion sessions attended by civil society organizations and members of various UN delegations, available at https://www.stimson.org/wp-content/uploads/2021/06/Compendium_Fulfilling-the-UN75-Declaration-Promise-4-June-final-1.pdf (last visited Oct. 12, 2021).

15. Attached as Exhibit 13 to this declaration is a true and correct copy of a September 23, 2021 online post by the International Law Association publicizing its upcoming event featuring Canada, Liechtenstein, and Mexico's ambassadors to the United Nations as speakers, available at https://www.ila-americanbranch.org/event/when-vetos-enable-atrocity-crimes-what-if-the-security-council-were-not-blocked-from-acting-when-faced-with-atrocity-crimes/ (last visited Oct. 12, 2021).

16. Attached as Exhibit 14 to this declaration is a true and correct copy of an online post by the International Peace Institute publicizing a panel discussion it held on February 23, 2021, in which Germany's ambassador to the United Nations participated, available at https://www.ipinst.org/2021/02/a-new-era-for-un-peace-operations-transitions#2 (last visited Oct. 12, 2021).

17. Attached as Exhibit 15 to this declaration is a true and correct copy of a March 4, 2021 YouTube post of an event held by the Israel Summit in which Israel's ambassador to the United Nations participated, available at https://www.youtube.com/watch?v=sGNu8MXLIjE (last visited Oct. 12, 2021).

18. Attached as Exhibit 16 to this declaration is a true and correct copy of an online post by NYU Africa House publishing information on its March 2, 2020 event, in which the African Union's ambassador to the United Nations participated, available at https://www.nyuafricahouse.org/events-index/save-the-date-the-future-of-africa-a-conversation-with-he-ambassador-fatima-kyari-mohammed (last visited Oct. 12, 2021).

19. Attached as Exhibit 17 to this declaration is a true and correct copy of an online post by Princeton University publicizing a discussion panel it hosted in which members of Mali,

Ivory Coast, and Romania's United Nations delegations participated, available at https://fit.princeton.edu/node/4156 (last visited Oct. 12, 2021).

20. Attached as Exhibit 18 to this declaration is a true and correct copy of a February 18, 2021 online post by the African Leadership Group publishing a transcript of remarks made by Senegal's ambassador to the United Nations at a graduation event it hosted, available at https://usalg.org/senegals-u-n-ambassador-lauds-alg-public-speaking-graduates/ (last visited Oct. 12, 2021).

21. Attached as Exhibit 19 to this declaration is a true and correct copy of a February 28, 2020 online post of an article by the Daily Princetonian regarding a Princeton University event in which Liechtenstein's ambassador to the United Nations participated, available at https://www.dailyprincetonian.com/article/2020/02/princeton-christian-wenaweser-un-liechtenstein-ambassador-trump-indifferent (last visited Oct. 12, 2021).

22. Attached as Exhibit 20 to this declaration is a true and correct copy of a March 7, 2021 YouTube post of an event held by Oxford Union Society in which the European Union's ambassador to the United Nations participated, available at https://www.youtube.com/watch?v=iWDv-mfdNmA (last visited Oct. 12, 2021).

     I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Washington, DC<br>October 14, 2021 | */s/ Amy Brown Doolittle*<br>Amy Brown Doolittle (No. 451090)<br>amy.doolittle@squirepb.com<br>2550 M Street, NW<br>Washington, DC 20037<br>Phone: (202) 457-6000<br>Facsimile: (202) 457-6315<br><br>*Attorney for Defendants* |