UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>THE PALESTINIAN AUTHORITY, et al.,<br><br>   Defendants. | Civil Action No. 04-1173 (PLF) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' FILING
REGARDING THE DENIAL OF RECONSIDERATION IN *SOKOLOW***

Defendants Palestinian Authority ("PA") and Palestine Liberation Organization ("PLO") (together, "Defendants"), by and through their undersigned counsel, submitted the recent decision from *Sokolow v. PLO,* Case No. 04 Civ. 397 (GBD), 2022 U.S. Dis. LEXIS 107122 (S.D.N.Y. June 15, 2022) ("*Sokolow II*"), as supplemental authority in support of their Opposition to Plaintiffs' Motion to Compel [Dkt. 320/321].  Dkt. 335.  *Sokolow II* supports Defendants' opposition to Plaintiffs' request for further discovery purportedly related to the U.S. activities prong of the Promoting Security and Justice for Victims of Terrorism Act ("PSJVTA") because as the *Sokolow II* court found, "the factual predicates of the U.S. activities prong of the PSJVTA, ***even if met***, are ***not*** sufficient to support an exercise of personal jurisdiction consistent with the Due Process Clause of the Fifth Amendment."  *Sokolow II,* at \*6 (emphasis added).  Thus, it would be futile here to allow more discovery as to that prong, and Plaintiffs' Motion to Compel should be denied.

Plaintiffs responded to the *Sokolow II* decision by submitting the brief of the United States of America, Intervenor-Appellant, in *Fuld v. Palestine Liberation Organization*, Docket No. 22-

76 (L) (filed June 21, 2022), pending in the United States Court of Appeals for the Second Circuit. Dkt. 336. The U.S. Government's brief in *Fuld* demonstrates that the constitutional issues facing this Court can be, and are currently being, addressed without any jurisdictional discovery whatsoever, as is the situation in *Fuld*. And, notably, nowhere in the brief does the U.S. Government argue that the constitutional issues cannot be resolved because the absence of jurisdictional discovery. Thus, Plaintiffs' own filing confirms that their Motion to Compel should be denied.

June 29, 2022                                     Respectfully submitted,

                                                  */s/ Gassan A. Baloul*
                                                  Gassan A. Baloul (DC Bar 1034245)
                                                  gassan.baloul@squirepb.com
                                                  Mitchell R. Berger (DC Bar 385467)
                                                  mitchell.berger@squirepb.com
                                                  SQUIRE PATTON BOGGS (US) LLP
                                                  2550 M Street, N.W.
                                                  Washington, D.C. 20037
                                                  Telephone: (202) 457-6000
                                                  Facsimile:  (202) 457-6315

                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, I caused a true and correct copy of the foregoing Defendants' Response to Plaintiffs' Filing Regarding the Denial of Reconsideration in *Sokolow* to be served through the Court's CM/ECF System on all counsel of record in this action.

                                                         /s/ *Gassan A. Baloul*
                                                         Gassan A. Baloul