IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04-1173 (PLF) |
| ) | |
| v.  ) | |
| ) | |
| THE PALESTINIAN AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's January 25, 2023 Memorandum and Opinion [Dkt. 340 at 3], on February 6, 2023, the Parties, by and through undersigned counsel, met and conferred and agreed to the following proposed briefing schedule on the issue of the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA") (codified at 18 U.S.C. § 2334(e)), subject to the approval of the Court:

1.      On or before April 7, 2023, Defendants will file their opening brief regarding the constitutionality of the PJSVTA.  Consistent with LCvR 7(e), the opening brief shall not exceed 45 pages.

2.      On or before April 7, 2023, Defendants will file and serve on the United States their Notice of Constitutional Challenge in accordance with Federal Rule of Civil Procedure 5.1.

3.      On or before June 6, 2023, Plaintiffs will file their response brief regarding the constitutionality of the PSJVTA.  Consistent with LCvR 7(e), the response brief shall not exceed 45 pages.

4.      On or before the later of July 21, 2023, or 45 days after the United States submits

its brief regarding the constitutionality of the PSJVTA, Defendants shall submit their reply brief regarding the constitutionality of the PSJVTA.  Consistent with LCvR 7(e), the reply brief shall not exceed 25 pages.

Respectfully Submitted,

February 7, 2023                                             **HEIDEMAN NUDELMAN & KALIK P.C.**

/s/ *Tracy Reichman Kalik*
Tracy Reichman Kalik (No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No. 997533)
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Telephone:  202-463-1818
Telefax:  202-463-2999
trkalik@hnklaw.com


PERLES LAW FIRM, P.C.
Steven R. Perles
Edward B. MacAllister
816 Connecticut Ave., N.W.
12th Floor
Washington, D.C. 20006
(202) 955-9055

*Attorneys for Plaintiffs*

**SQUIRE PATTON BOGGS (US) LLP**

/s/  *Gassan A. Baloul*
Gassan A. Baloul (D.C. Bar No. 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (D.C. Bar No. 385467)
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*