IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Estate of Esther Klieman, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | Civil Action No. 04-1173 (PLF) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT TO FILE UNDER SEAL CERTAIN PORTIONS OF PLAINTIFFS' MEMORANDUM IN OF LAW IN RESPONSE TO DEFENDANTS' BRIEF REGARDING THE CONSTITUTIONALITY OF THE PSJVTA**

COME NOW the Plaintiffs, by and through counsel, and in accordance with LCvR 5.1(h) hereby move this Court to permit Plaintiffs to file Certain Portions of Plaintiffs' Memorandum of Law in Response to Defendants' Brief Regarding the Constitutionality of the PSJVTA and the accompanying exhibit "Under Seal". In support of this Motion, Plaintiffs state:

1. On June 12, 2009 by Minute Order this Court granted the Parties' Joint Motion for Protective Order Regarding the Confidentiality of Discovery Material [D.E. 97].

2. The Protective Order allows the parties to designate Discovery Material as Confidential, subject to the Protective Order.

3. Plaintiffs' Memorandum of Law in Response to Defendants' Brief Regarding the Constitutionality of the PSJVTA refers to documents that have been designated as "Confidential" under the Protective Order.

4. To comply with their obligations to maintain the confidential nature of the responses that Defendants have provided, Plaintiffs seek to file certain portions of their

Memorandum of Law in Response to Defendants' Brief Regarding the Constitutionality of the PSJVTA and the accompanying exhibit "Under Seal."

5. Plaintiffs have filed a redacted version of their Memorandum and the accompanying exhibit in the public record via ECF.

WHEREFORE, for the reasons set forth above, Plaintiffs hereby request that certain portions of Plaintiffs' Memorandum of Law in Response to Defendants' Brief Regarding the Constitutionality of the PSJVTA and its accompanying exhibit, be designated as "Confidential" and filed "Under Seal", available for review only by the Court, Court personnel and Counsel of Record in this matter, each of whom shall keep said exhibit confidential and sealed, subject to further order of Court.

Dated:  June 6, 2023                                Respectfully submitted,

                                                    /s/Noel J. Nudelman

                                                    Richard D. Heideman (No. 377462)
                                                    Noel J. Nudelman (No. 449969)
                                                    Tracy Reichman Kalik (No. 462055)
                                                    Joseph H. Tipograph (No. 997533)
                                                    HEIDEMAN NUDELMAN & KALIK, P.C.
                                                    5335 Wisconsin Ave., Suite 440
                                                    Washington, DC 20015
                                                    Phone: (202) 463-8018
                                                    Telefax: 202-463-2999

                                                    PERLES LAW FIRM, P.C
                                                    Steven R. Perles (No. 326975)
                                                    Edward MacAllister (No. 494558)
                                                    Telephone: 202-955-9055
                                                    Telefax: 202-955-3806
                                                    *Counsel to the Plaintiffs*