IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Estate of Esther Klieman, *et al.*,<br><br>                                  Plaintiffs,<br><br>v.<br><br>The Palestinian Authority, *et al.*,<br><br>                                  Defendants. | Civil Action No. 04-1173 (PLF) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW WITH POINTS AND AUTHORITIES IN RESPONSE TO DEFENDANTS' BRIEF REGARDING THE CONSTITUTIONALITY OF THE PSJVTA**

COME NOW Plaintiffs, by and through the undersigned counsel, and hereby submit this Notice of Supplemental Authority in Support of Plaintiffs' Memorandum of Law with Points and Authorities in Response to Defendants' Brief Regarding the Constitutionality of the PSJVTA.  On June 27, 2023, the United States Supreme Court issued its opinion in the matter of *Mallory v. Norfolk Southern Railway Co.*, where the Court ruled that a Pennsylvania statute requiring out-of-state corporations to consent to general personal jurisdiction in Pennsylvania courts as condition of registering to do business in the Commonwealth, did not violate the Due Process Clause. *Mallory v. Norfolk S. Ry. Co.*, 21-1168, 2023 WL 4187749 (U.S. June 27, 2023).  A copy of the Court's Opinion is attached hereto as Ex. A.

As Plaintiffs argued in their brief regarding the constitutionality of the PSJVTA, *e.g.*, Memorandum, Dkt. #250, at 28, a sovereign may impose conditions on the allowance of the presence of a foreign entity within its territory, such as consent to a civil suit. In *Mallory,* the

1

Supreme Court approved a state statute with an even wider grant of personal jurisdiction than the PSJVTA, and confirmed that deemed-consent provisions are consistent with due process.  *See* Ex. A. at \*\*7-8.   *Mallory* affirmed continuing vitality of the <u>Pennsylvania Fire Ins. Co. of Philadelphia v. Gold Issue Mining & Milling Co.</u>, 243 U.S. 93 (1917) and related decisions. *See* Ex. A. at \*\*7-8.

Accordingly, the PSJVTA is constitutional; the Defendants should be ordered to answer Plaintiffs' jurisdictional discovery.

Dated: July 17, 2023                          Respectfully submitted,

<div style="margin-left:3em">

<u>/s/ Tracy Reichman Kalik</u>
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)
Joseph H. Tipograph (No. 997533)
HEIDEMAN NUDELMAN & KALIK, P.C.
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
Phone: (202) 463-1818
Telefax: 202-463-2999

PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
816 Connecticut Avenue, 12th Floor
Washington, DC 20006
Telephone: 202-955-9055
Telefax: 202-955-3806
*Counsel to the Plaintiffs*

</div>