IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ESTHER KLIEMAN**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **THE PALESTINIAN AUTHORITY**, et al. <br><br> Defendants. | Case No. 1:04-cv-01173-PLF |

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

The United States intervened in this case to defend the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019's ("PSJVTA") deemed consent provisions, and submitted a brief on June 6, 2023. *See* U.S. Br., ECF No. 346. On June 27, 2023, the Supreme Court issued its decision in *Mallory v. Norfolk Southern Railway Company*, 143 S. Ct. 2028 (2023). Intervenor United States seeks leave to file a short brief, no more than three pages, explaining why this recent Supreme Court decision confirms that the PSJVTA's deemed consent provisions are facially constitutional.

Counsel for the United States has conferred with counsel for Plaintiffs and Defendants. Plaintiffs do not object, but would also like to submit a brief no longer than three pages addressing the same issue. Defendants likewise do not object so long as they are permitted to file a response of combined equal length within 10 days of when the United States and Plaintiffs submits their respective briefs.

Dated: July 27, 2023 Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE (Bar No. 1023361)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Intervenor*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Zachary A. Avallone

ZACHARY A. AVALLONE