IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ESTHER KLIEMAN**, et al.,<br><br>Plaintiffs,<br><br>　　v.<br><br>**THE PALESTINIAN AUTHORITY**, et al.<br><br>Defendants. | Case No. 1:04-cv-01173-PLF |

**[PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

The Court GRANTS Intervenor United States of America's Motion for Leave to File Supplemental Brief, and orders the following schedule:

Within 7 days of this Order, Intervenor United States and Plaintiffs may file briefs, each totaling no more than three pages, addressing the Supreme Court's decision in *Mallory v. Norfolk Southern Railway Company*, 143 S. Ct. 2028 (2023). Within 10 days of Intervenor and Plaintiffs filing their briefs, Defendants may file a response of combined equal length.

Dated: _____            _____