IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF ESTHER KLIEMAN**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **THE PALESTINIAN AUTHORITY**, et al. <br><br> Defendants. | Case No. 1:04-cv-01173-PLF |

## [~~PROPOSED~~] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

The Court GRANTS Intervenor United States of America's Motion for Leave to File Supplemental Brief, and orders the following schedule:

Within 7 days of this Order, Intervenor United States and Plaintiffs may file briefs, each totaling no more than three pages, addressing the Supreme Court's decision in *Mallory v. Norfolk Southern Railway Company*, 143 S. Ct. 2028 (2023). Within 10 days of Intervenor and Plaintiffs filing their briefs, Defendants may file a response of combined equal length.

Dated: July 28, 2023            /s/ Paul L. Friedman