IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Esther Klieman, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | Civil Action No. 04-1173 (PLF) |
| ) | |
| The Palestinian Authority, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS' SEPTEMBER 8, 2023 NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby supplement their September 20, 2023 Response to Defendants' Notice of Supplemental Authority, D.E. 362, filed September 8, 2023, regarding the Second Circuit decisions in *Fuld v. PLO*, Case No. 22-cv-76 (2d. Cir. Sep. 8, 2023), and *Waldman v. PLO*, Case No. 15-cv-3135 (2d. Cir. Sep. 8, 2023). On September 20, 2023 Plaintiffs responded to Defendants' Notice to note that *Fuld* and *Waldman* ruled on a record different from this case, where in this action Plaintiffs have jurisdictional discovery pending regarding both the "martyrs" prong and the "activities" prong of the PSJVTA.

Plaintiffs update the Court as follows: the Plaintiffs in *Fuld* and *Waldman*, joined by the United States, filed timely Petitions for Rehearing En Banc in September, 2023. *See* Dockets, *Fuld v. PLO*, Case No. 22-cv-76 (2d. Cir.), and *Waldman v. PLO*, Case No. 15-cv-3135 (2d. Cir.). These petitions remain pending, more than three months later. Plaintiffs or the parties will

1

advise the Court upon the issuance of rulings in those or other matters relevant to the issues before this Court.

Dated: March 6, 2024	Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ Tracy Reichman Kalik</u>
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)
Joseph H. Tipograph (No. 997533)
HEIDEMAN NUDELMAN & KALIK, P.C.
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
Phone: (202) 463-1818
Telefax: 202-463-2999

PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
816 Connecticut Avenue, 12th Floor
Washington, DC 20006
Telephone: 202-955-9055
Telefax: 202-955-3806
*Counsel to the Plaintiffs*

</div>