IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Estate of Esther Klieman, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The Palestinian Authority, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-1173 (PLF) |

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS'
SUPPLEMENTAL AUTHORITY [D.E.368]**

On May 24, 2024, Defendants in this case filed a Notice of Supplemental Authority [D.E. 368] advising the Court that the Second Circuit had recently denied the plaintiffs *en banc* reconsideration in the consolidated *Fuld and Sokolow/Waldman* cases that had been pending before that court and which raised a similar question as to the constitutionality of the PSJVTA. While the Second Circuit denied the petition, four judges dissented and found the PSJVTA constitutional. D.E. 368, Exhibit 1 at 34.

Since that time, on July 3, 2024 the *Fuld and Sokolow/Waldman* plaintiffs filed a Petition for Writ of Certiorari at the United States Supreme Court. *See* Exhibit A. The United States has now joined in that request and filed its own Petition for Certiorari at the United States Supreme Court. *See* Exhibit B. These petitions seek relief from the incorrect decision of the Second Circuit regarding the constitutionality of the PSJVTA.

Dated: August 16, 2024

Respectfully submitted,

*/s/ Tracy Reichman Kalik*
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)

Joseph H. Tipograph (No. 997533)
HEIDEMAN NUDELMAN & KALIK, P.C.
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
Phone: (202) 463-1818
Telefax: 202-463-2999

PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
816 Connecticut Avenue, 12th Floor
Washington, DC 20006
Telephone: 202-955-9055
Telefax: 202-955-3806
*Counsel to the Plaintiffs*