UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PALESTINIAN AUTHORITY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-1173 (PLF) |

ORDER

On July 7, 2025, the parties' filed a joint status report indicating that they currently disagree on the next steps for this litigation following the Supreme Court's recent decision in Fuld v. Palestine Liberation Org., 145 S. Ct. 2090 (2025). See Joint Status Report ("JSR") [Dkt. No. 371]. Notwithstanding this disagreement, the parties state that further conferral may lead to an agreement. In light of the parties' joint status report, it is hereby

ORDERED that the parties shall file another joint status report on or before August 6, 2025, proposing next steps for this litigation, including proposed briefing schedules for any anticipated motions; and it is

FURTHER ORDERED that the parties shall indicate in the joint status report what effect, if any, the parties' proposed next steps have on plaintiffs' pending Motion to Compel Jurisdictional Discovery from the Defendants [Dkt. No. 315]. The Court notes that the plaintiffs' pending motion may be mooted by the fact that the defendants have represented that, in an effort to move to summary judgment, they will not contest jurisdiction under the Promoting Security and Justice for Victims of Terrorism Act, § 903, 133 Stat. 3082-3085, 18 U.S.C. §§ 2333, 2334, or venue. See JSR at 3 ("Defendants plan to move for summary judgment on the merits and, to facilitate such disposition, will not contest jurisdiction under the PSJVTA or venue in this matter.").

SO ORDERED.

*[signature]*
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/7/25