IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1173 (PLF) |
| v. | ) ) ) | |
| THE PALESTINIAN AUTHORITY, et al., | ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

COME NOW the Parties, by and through counsel, and in accordance with the Court's November 3, 20235 Minute Order, and having met and conferred, the Parties advise the Court that they are available for a Status Conference with the Court on the following dates:

    12/2/25      all day
    12/9/25      afternoon only
    12/12/25    all day

November 12, 2025                         Respectfully Submitted,

                                                  HEIDEMAN NUDELMAN & KALIK P.C.

                                                    5335 Wisconsin Avenue, Suite 440
                                                    Washington, DC  20015
                                                    Telephone:  202-463-1818
                                                    Telefax:  202-463-2999
                                                    Email:  rdheideman@hlnklaw.com

                                                    By  */s/Tracy Reichman Kalik*
                                                         Richard D. Heideman (No. 377462)
                                                         Noel J. Nudelman (No. 449969)
                                                         Tracy Reichman Kalik (No. 462055)

- 2 -

PERLES LAW FIRM, P.C.
Steven R. Perles
Edward B. MacAllister
816 Connecticut Ave., N.W.
12th Floor
Washington, D.C. 20036
(202) 955-9055


Counsel for Plaintiffs

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Mitchell R. Berger*
Gassan A. Baloul
gassan.baloul@squirepb.com
Mitchell R. Berger
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*

- 2 -