UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ESTATE OF ESTHER KLIEMAN, et al.,   )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )     Civil Action No. 04-1173 (PLF)
                                    )
PALESTINIAN AUTHORITY, et al.,      )
                                    )
            Defendants.             )
_____ )

MEMORANDUM OPINION AND REFERRAL ORDER

On December 12, 2025, the Court held a status conference to discuss the appropriate next steps in the present litigation. The parties identified a discovery dispute relating to a January 6, 2014 Order [Dkt. No. 226] from Magistrate Judge John Facciola ordering defendants to provide additional responsive documents to plaintiffs' document request number 16.

Defendants filed a Motion for Reconsideration or Alternatively Modification of the scope and deadline of the January 6 Order. See [Dkt. No. 230]. Judge Facciola denied defendants' Motion for Reconsideration, granted defendants' Motion for Modification, and stayed the Jan. 6 Order pending resolution of defendants' Motion of Reconsideration of Court's December 29, 2006 and April 24, 2008 Interlocutory Orders On Personal Jurisdiction in Light of Recent Supreme Court Decision [Dkt. No. 233]. Judge Facciola wrote the following:

> Before me is Defendants' Motion for Reconsideration or Alternatively Modification, of The Court's January 6, 2014 Order 230. The Motion is DENIED insofar as it seeks my

> RECONSIDERATION of my order of January 6, 2014 but GRANTED insofar as it seeks its MODIFICATION. Moreover, Judge Friedman is now considering Defendant's Motion for Reconsideration of Courts December 29, 2006 and April 24, 2008 Interlocutory Orders On Personal Jurisdiction in Light of Recent Supreme Court decision 233 . Granting this Motion would cause dismissal of this case. Accordinaly [sic], the Order of January 6, 2014, 226 , is STAYED until 90 days after Judge Fridman has ruled on Docket #233, assuming he denies it. Signed by Magistrate Judge John M. Facciola on 8/25/2014.

See August 25, 2014 Minute Order.

Defendants then filed an Unopposed Motion for Extension of Time up to and including fourteen days after the Court ruled on defendants' pending motion for reconsideration (personal jurisdiction) to file any objections to or appeal of the orders issued by Magistrate Judge Facciola on January 6, 2014 and August 25, 2014 [Dkt. No. 263]. The Motion was granted. See September 4, 2014 Minute Order.

On March 3, 2015, this Court granted defendants' Motion for Reconsideration (Personal Jurisdiction) [Dkt. No. 230]. It also dismissed defendants from the case pursuant to Rule 12b)(2), dismissed the case with prejudice, and denied all pending motions as moot. See [Dkt. No. 283].

Plaintiffs appealed to the D.C. Circuit Court and later the Supreme Court of the United States. On August 18, 2020, the D.C. Circuit Court remanded the case to this Court for further proceedings in light of the passage of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA"), H.R. 1865, 116th Cong., § 903 (Dec. 20, 2019). Estate of Esther Klieman v. Palestinian Auth., No. 15-7034 (D.C. Cir. Aug. 18, 2020). See [Dkt. No. 295].

On December 2, 2020, the Court ordered that plaintiffs may proceed with jurisdictional discovery. See Memorandum Opinion and Order [Dkt. No. 298]. The parties did

not return to any issues relating to factual discovery until they filed their Joint Status Report on August 8, 2025. See [Dkt. No. 373].

The Court has determined that this case should be referred to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred for random assignment to a magistrate judge for the management of all discovery in this case, beginning immediately. The parties shall contact the designated magistrate judge's chambers to schedule a conference regarding any discovery disputes; and it is

FURTHER ORDERED that on any future filing related to discovery, the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 12/18/25