UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PALESTINIAN AUTHORITY, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-cv-01173-PLF-ZMF |

**JOINT MOTION FOR ENTRY OF AGREED BRIEFING SCHEDULE**

Pursuant to the Court's direction at the February 5, 2026 Status Conference, Plaintiffs and Defendants (jointly, the "Parties"), through undersigned counsel and after meeting and conferring, hereby move the Court to set the following briefing schedule to address Defendants' motion to reconsider the January 6, 2014 Order (Dkt. No. 226):

1. Defendants shall file their motion on or before March 27, 2026.

2. Plaintiffs shall file their opposition on or before April 17, 2026.

3. Defendants shall file their reply on or before May 1, 2026.

As ordered by the Court during the February 5 Status Conference, the briefs supporting Defendants' motion and Plaintiffs' opposition will not exceed 15 pages, and the reply brief will not exceed 10 pages.

Accordingly, the Parties request that the Court enter this briefing schedule.

| | |
|---|---|
| February 11, 2026 | Respectfully Submitted, |

          **SQUIRE PATTON BOGGS (US) LLP**

          */s/Gassan A. Baloul*
          Gassan A. Baloul (DC Bar 1034245)
          gassan.baloul@squirepb.com
          Mitchell R. Berger (DC Bar 385467)
          mitchell.berger@squirepb.com
          Amy Brown Doolittle (DC Bar 451090)
          amy.doolitte@squirepb.com
          2550 M Street, N.W.
          Washington, D.C. 20037
          Telephone: (202) 457-6000
          Facsimile:  (202) 457-6315

          *Attorneys for Defendants*


          **HEIDEMAN NUDELMAN & KALIK P.C.**

          */s/Tracy Reichman Kalik*
          Richard D. Heideman (No. 377462)
          Noel J. Nudelman (No. 449969)
          Tracy Reichman Kalik (No. 462055)
          5335 Wisconsin Avenue, Suite 440
          Washington, DC  20015
          Telephone:  202-463-1818
          Telefax:  202-463-2999
          Email:  rdheideman@hlnklaw.com

          PERLES LAW FIRM, P.C.
          Steven R. Perles
          Edward B. MacAllister
          816 Connecticut Ave., N.W.
          12th Floor
          Washington, D.C. 20036
          (202) 955-9055

          *Counsel for Plaintiffs*