## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04-cv-01173-PLF-ZMF |
| ) | |
| PALESTINIAN AUTHORITY, et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Parties' Joint Motion for Entry of an Agreed Briefing Schedule, it is hereby ORDERED that:

1. Parties' Motion is GRANTED.

2. Defendants shall file their motion for reconsideration on or before March 27, 2026.

3. Plaintiffs shall file their opposition on or before April 17, 2026.

4. Defendants shall file their reply on or before May 1, 2026.

IT IS SO ORDERED on this 11th day of February, 2026.

_____
Zia M. Faruqui
United States Magistrate Judge