# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ESTHER KLIEMAN, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 04-cv-01173-PLF |
| PALESTINIAN AUTHORITY, et al. ) | |
| Defendants. ) | |

### **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE**

Defendants respectfully submit the following response to Plaintiffs' Motion to Substitute Party for Deceased Plaintiff Gavriel Klieman (Dkt. No. 382):

1. Plaintiff Gavriel Klieman passed away on July 5, 2009. Dkt. No. 382, ¶ 5.

2. Over 16 years after Mr. Gavriel Klieman's death, on February 25, 2026, Plaintiffs filed a Notice of Suggestion of Death, attaching Mr. Klieman's Certificate of Death and an Israeli Inheritance Order. Dkt. No. 381.

3. Plaintiffs' counsel emailed Defendants' counsel that same day, indicating that on some unspecified date, they would be filing a motion to substitute Nachman Klieman and Ruchama Klieman, Mr. Gavriel Nachman's parents, as the representatives of his estate in this action. In doing so, Plaintiffs did not provide Defendants the benefit of the Israeli legal authority reflected in their Motion or the Israeli legal opinion accompanying their Motion (Dkt No. 382-1). As a result, Defendants were forced to undertake an analysis of Israeli law, which remained underway when Plaintiffs filed the instant Motion.

4. Given that Plaintiffs filed the Motion before Defendants had the opportunity to respond as to whether Defendants consented to the relief requested, Defendants respectfully submit

- 2 -

this response to clarify the record.  Defendants—without taking any position with respect to the veracity of Plaintiffs' Motion or the assertions therein and without waiving any arguments or defenses—do not intend to oppose Plaintiffs' Motion.  In doing so, Defendants expressly reserve all rights, including the rights to seek dismissal of Plaintiffs' claims on any basis.

March 2, 2026                                         Respectfully Submitted,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com
Amy Brown Doolittle (DC Bar 451090)
amy.doolitte@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

*Attorneys for Defendants*