**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-cv-01173-PLF-ZMF |
| PALESTINIAN AUTHORITY, et al. | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENTION OF TIME FROM APRIL 17, 2026 TO RESPOND TO DEFENDANTS' MOTION TO RECONSIDER**

On February 11, 2026 this Court entered the Parties proposed Scheduling Order setting a briefing schedule to address Defendants' Motion to Reconsider the January 6, 2014 Order. (D.E. 380). The briefing schedule set forth that the Defendants would file their motion on or before March 27, 2026; the Plaintiffs' opposition would be due on or before April 17, 2026, and that the Defendants' reply would be filed on or before May 1, 2026.

The Defendants filed their anticipated Motion on March 27, 2026. (D.E. 384). Attached to their Motion were three Declarations filed in support. Plaintiffs seek an extension of time to obtain counter-declarations addressing the Declarants' declarations. The additional time is necessary because the Passover holiday has delayed necessary consultations with potential declarants and the ongoing war in Israel has further reduced the availability of these potential declarants.

In light thereof, Plaintiffs sought the consent of the Defendants to an extension and proposed to the Defendants the following modifications to the briefing schedule:

- Plaintiffs' Opposition Brief would be due on June 30, 2026

- Defendants' Reply Brief would be due on July 31, 2026

Defendants have advised that they do not oppose the extension of time the Plaintiffs seek. This is Plaintiffs' first request for an extension of time to respond to this motion.

Accordingly, the Plaintiffs request that the Court grant Plaintiffs' Unopposed Motion for an Extension of Time to respond to Defendant's Motion for Reconsideration and enter the proposed modified briefing schedule.

April 9, 2026                          Respectfully Submitted,


                          **HEIDEMAN NUDELMAN & KALIK P.C.**


                          /**s**/ *Tracy Reichman Kalik*
                          Richard D. Heideman (No. 377462)
                          Noel J. Nudelman (No. 449969)
                          Tracy Reichman Kalik (No. 462055)
                          5335 Wisconsin Avenue, Suite 440
                          Washington, DC  20015
                          Telephone:  202-463-1818
                          Telefax:  202-463-2999


                          **PERLES LAW FIRM, P.C.**
                          Steven R. Perles
                          Edward B. MacAllister
                          816 Connecticut Ave., N.W.
                          12th Floor
                          Washington, D.C. 20036
                          (202) 955-9055

                          *Counsel for Plaintiffs*